# Exhibit 1

## Amendment

Registered December 29, 1964                                Registration N

Underwriters' Laboratories, Inc.

Application to amend having been made by Underwriters' Laboratori owner of the registration above identified, said registration is hereby amend follows:

In the statement, column 2, line 10, "standards established" is deleted a*requirements used* is inserted.

Such amendment has been entered upon the records of the Patent and Trademark Office and the said original registration should be read as so amended.

Signed and sealed this 26th day of October 1982.

[SEAL]

Attest:
JANIE COOKSEY,
*Attesting Officer.*

GERALD J. MOSSINGHOFF,
*Commissioner of Patents and Trademarks.*

# ..ed States Patent Office

**782,589**
Registered Dec. 29, 1964

## PRINCIPAL REGISTER
### Certification Mark
### (Goods)

Ser. No. 185,169, filed Jan. 22, 1964



Underwriters' Laboratories, Inc. (Delaware corporation)
207 E. Ohio St.
Chicago 11, Ill.

For: ELECTRICAL EQUIPMENT, USUALLY NOT OF A VOLTAGE EXCEEDING 600 VOLTS; BUILDING MATERIALS AND EQUIPMENT; FIRE FIGHTING AND FIRE PREVENTION EQUIPMENT; CHEMICALS, SUCH AS DETERGENTS, FLARES, FLAMMABLE LIQUIDS, SAFETY MATCHES, PHOTOGRAPHIC FILM, AND SIMILAR CHEMICALS; HYDRAULIC EQUIPMENT; EQUIPMENT FOR THE HANDLING AND UTILIZATION OF HAZARDOUS LIQUIDS AND GASES, INCLUDING HEATERS; AUTOMOTIVE EQUIPMENT; EQUIPMENT AND SYSTEMS FOR PROTECTION AGAINST BURGLARY AND THEFT; SAFETY APPLIANCES AND AIR DUCTS, in CLASS A.

First use December 1937; in commerce December 1937.

The certification mark is used by persons authorized by applicant to indicate that representative samplings of the products conform to the safety standards established by the applicant.

Owner of Reg. Nos. 634,214; 669,422, and others,