# Exhibit 5

🔒 PageVault

| | |
|---|---|
| Document title: | Third time's the harm: E-bike sparks third fire in as many years at NYPD's Red Hook auto pound |
| Capture URL: | https://www.msn.com/en-us/news/us/third-time-s-the-harm-e-bike-sparks-third-fire-in-as-many-years-at-nypd-s-red-hook-auto-pound/ar-AA1y7GzR?ocid=BingNewsSerp |
| Page loaded at (UTC): | Mon, 03 Mar 2025 18:32:23 GMT |
| Capture timestamp (UTC): | Mon, 03 Mar 2025 18:33:25 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 18 |
| Capture ID: | 6dmRaFKDQbriqYvgzVVkgv |
| Display Name: | InternetDomainEcommerceSocialMedia |

PDF REFERENCE #:    8GuwGaw7mAjZdAKedeQcQe



Upgrade your Chrome browser with MSN New Tab
Get localized weather, trending news, AI powered search and more

msn

Search the web

Sign in

Discover  Following  News  Local  Science  Technology  Crime  Politics  Entertainment  Lifestyle

Personalize

**Want more content you like?**
Personalize your feed to choose publishers & topics you want to follow

Personalize    Maybe later

AMNY    + Follow    6.2K Followers

# Third time's the harm: E-bike sparks third fire in as many years at NYPD's Red Hook auto pound

Story by Kirstyn Brendlen • 1mo • ⏱ 2 min read

Electric bicycles stored at the NYPD's Erie Basin Auto Pound caught fire on Wednesday morning in the third fire at the facility since 2022.

The fire broke out at the 700 Columbia St. lot at 9:46 a.m., per the FDNY. Video posted online showed thick plumes of black smoke rising into the sky, visible from miles away.



mooncool.com
**Mooncool tk1 Price Drop $400 - electric trike online shop**
Ad

Though it was not immediately clear how many vehicles eventually caught fire, firefighters were able to extinguish the flames by 10:19 a.m. One EMT was left with minor injuries, and a Hazmat crew was called in to safely remove the damaged e-bikes and batteries, a fire department spokesperson said.

[caption id="attachment_215716" align="aligncenter" width="700"]



Get to MSN faster
Add the MSN New Tab for Chrome
Add now

© 2025 Microsoft    Your Privacy Choices    Consumer Health Privacy    Privacy and Cookies    Terms of Use    Advertise    …    Feedback

---

Document title: Third time's the harm: E-bike sparks third fire in as many years at NYPD's Red Hook auto pound
Capture URL: https://www.msn.com/en-us/news/us/third-time-s-the-harm-e-bike-sparks-third-fire-in-as-many-years-at-nypd-s-red-hook-auto-pound/ar-AA1y7GzR?…
Capture timestamp (UTC): Mon, 03 Mar 2025 18:33:25 GMT    Page 1 of 17



video smoke from auto pound fire

Smoke from the fire was visible for miles around New York City.

Screenshot courtesy of Citizen App

[/caption]

Lithium-ion batteries, which are used to power e-bikes and scooters, are infamously dangerous and prone to catching fire — especially when they are damaged or stored incorrectly. If multiple e-bikes are stored next to each other, a fire can cause a chain reaction of explosions.

The cause of the fire is still under investigation, according to the FDNY. An NYPD spokesperson did not answer questions about how many vehicles were damaged or how many were stored in the lot as of Wednesday morning.

Wednesday's fire was the third at Erie Basin since 2022, and the second in three months. In December 2022, a massive fire destroyed an NYPD evidence warehouse at the site. In November 2024, another blaze in the impound lot damaged up to 22 vehicles.

"For the 3rd time in 4 years the police impound lot in Red Hook is on fire, which seems like something @NYCMayor should really look into?" one local shared on X. "Impound lots probably shouldn't catch on fire that often? Maybe?"

Last year, local Council Member Alexa Avilés told Brooklyn Paper she thought the repeated fires were a "clear indication that this evidence warehouse is not being properly managed nor that systems have been put in place to put out fires."

[caption id="attachment_215715" align="aligncenter" width="700"]



Case 1:25-cv-01405-LDH-RML    Document 1-5    Filed 03/12/25    Page 5 of 5 PageID #: 48



mopeds at erie basin

Dozens of mopeds stored at Erie Basin in December 2022.

File photo by Lloyd Mitchell

[/caption]

The cause of the 2024 fire has not yet been determined, an FDNY spox told Brooklyn Paper earlier this month, while the 2022 warehouse blaze was found to have been caused by an electrical blowout. The NYPD has previously confirmed the impound lot does have fire hydrants and extinguishers.

Advocates have also worried that the fires could destroy or damage evidence still needed in court. In 2022, almost everything stored inside the Erie Basin warehouse was destroyed by fire, and many of the vehicles stored in the auto pound are part of active investigations, according to the NYPD's website.

Some of those vehicles are returned to their owners after cases are finished. In 2017, more than 1,000 civilians picked their vehicles up at the lot, a police captain told the City Council the following year.

## Sponsored Content



## More for You

