# Exhibit 7

PageVault

| | |
|---|---|
| Document title: | After fire kills 3, NYC officials say retailers, delivery apps must do more to ensure e-bike safety \| AP News |
| Capture URL: | https://apnews.com/article/lithium-ion-batteries-ebikes-fire-new-york-c8b403a95d74f034ea46b64edd7774db |
| Page loaded at (UTC): | Mon, 03 Mar 2025 18:29:24 GMT |
| Capture timestamp (UTC): | Mon, 03 Mar 2025 18:31:32 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 17 |
| Capture ID: | rBmtRH2hQLXwTFUiWsZkRi |
| Display Name: | InternetDomainEcommerceSocialMedia |

PDF REFERENCE #:    a3kSVxPRWSxmtiZMyWGLap





U.S. NEWS

# After fire kills 3, NYC officials say retailers, delivery apps must do more to ensure e-bike safety



FILE - A delivery worker rides a motorized bicycle, July 25, 2023, in New York. On Monday, Nov. 13, New York City officials said that retailers and food delivery companies must do more to halt the proliferation of unsafe e-bike and e-scooter batteries after a fire blamed on an electric scooter's lithium ion battery killed three people over the weekend. (AP Photo/Seth Wenig, File)

BY KAREN MATTHEWS
Updated 2:15 AM UTC, November 15, 2023

Share



NEW YORK (AP) — New York City officials say retailers and food delivery companies must do more to halt the proliferation of unsafe e-bike and e-scooter batteries, after a fire blamed on an electric scooter's lithium ion battery killed three people over the

- BWI airport power outage
- TSMC
- Carolina fires
- Rodney McMullen
- Oscar winners

AP SETS THE STANDARD FOR POLITICAL REPORTING. SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.   **DONATE**

NEW YORK (AP) — New York City officials say retailers and food delivery companies must do more to halt the proliferation of unsafe e-bike and e-scooter batteries, after a fire blamed on an electric scooter's lithium ion battery killed three people over the weekend.

"There is blood on the hands of this private industry," Fire Commissioner Laura Kavanagh said at a news conference Monday in front of the charred remains of the Brooklyn row house where the early Sunday blaze killed Albertha West, 81, her son Michael West, 58, and her grandson Jamiyl West, 33.

Fire officials said the fire broke out on the ground floor of the building. "It's extensively damaged," Kavanagh said, adding that the battery that sparked the fire was for a "scooter of some kind."

The city has seen hundreds of fires linked to the lithium ion batteries that power electric bikes and scooters in the last few years. City officials have blamed off-market batteries and chargers that don't meet safety standards for many of the fires, and they have lobbied the federal government to strengthen regulations governing the sale of e-bikes and batteries.

**MOST READ**



1 Grammy-nominated R&B singer Angie Stone dies in car crash

2 Crowds protest near Vermont ski resort where JD Vance planned vacation with family

3 Ukraine's Zelenskyy says end of war with Russia is 'very, very far away'

How to watch — and stream — the 2025 Oscars show and red carpet

UK's Starmer says Europe is at 'crossroads in history' as leaders agree to steps to Ukraine peace

---

ADVERTISEMENT



But Kavanagh said companies also have a role to play too.

**RELATED COVERAGE**


**What to know about Andrew Cuomo**


**Lifelong New York civil rights advocate and NAACP leader Hazel Dukes dies at 92**


**Former Gov. Andrew Cuomo launches political comeback with a run for New York City mayor**

"Retailers like Amazon and Walmart need to stop selling devices that are not safety certified by a national testing laboratory, and food service apps like Grubhub and Uber Eats need to do more to ensure the safety of their workers who depend on these bikes to make a living," she said.

Suggested For You                    by Taboola



New Crossovers at Floor Pricing
Advertisement: SearchPad



Empty Cr[...] Seniors [...]
Advertisement: Top Searcher Now    Learn More


Document title: After fire kills 3, NYC officials say retailers, delivery apps must do more to ensure e-bike safety | AP News
Capture URL: https://apnews.com/article/lithium-ion-batteries-ebikes-fire-new-york-c8b403a95d74f034ea46b64edd7774db
Capture timestamp (UTC): Mon, 03 Mar 2025 18:31:32 GMT
Page 2 of 16

- WORLD
- US
- POLITICS
- SPORTS
- ENTERTAINMENT
- BUSINESS
- SCIENCE
- FACT CHECK
- ODDITIES
- BE WELL
- NEWSLETTERS
- PHOTOGRAPHY

- BWI airport power outage
- TSMC
- Carolina fires
- Rodney McMullen
- Oscar winners



AP SETS THE STANDARD FOR POLITICAL REPORTING. SUPPORT INDEPENDENT, FACT-BASED JOURNALISM. DONATE

NEW YORK (AP) — New York City officials say retailers and food delivery companies must do more to halt the proliferation of unsafe e-bike and e-scooter batteries, after a fire blamed on an electric scooter's lithium ion battery killed three people over the weekend.

"There is blood on the hands of this private industry," Fire Commissioner Laura Kavanagh said at a news conference Monday in front of the charred remains of the Brooklyn row house where the early Sunday blaze killed Albertha West, 81, her son Michael West, 58, and her grandson Jamiyl West, 33.

Fire officials said the fire broke out on the ground floor of the building. "It's extensively damaged," Kavanagh said, adding that the battery that sparked the fire was for a "scooter of some kind."

The city has seen hundreds of fires linked to the lithium ion batteries that power electric bikes and scooters in the last few years. City officials have blamed off-market batteries and chargers that don't meet safety standards for many of the fires, and they have lobbied the federal government to strengthen regulations governing the sale of e-bikes and batteries.

ADVERTISEMENT



## MOST READ



1 Grammy-nominated R&B singer Angie Stone dies in car crash

2 Crowds protest near Vermont ski resort where JD Vance planned vacation with family

3 Ukraine's Zelenskyy says end of war with Russia is 'very, very far away'

4 How to watch — and stream — the 2025 Oscars show and red carpet

5 UK's Starmer says Europe is at 'crossroads in history' as leaders agree to steps to Ukraine peace

Suggested For You    by Taboola



New Crossovers at Floor Pricing
Advertisement: SearchPad

But Kavanagh said companies also have a role to play too.

### RELATED COVERAGE


**What to know about Andrew Cuomo**


**Lifelong New York civil rights advocate and NAACP leader Hazel Dukes dies at 92**


**Former Gov. Andrew Cuomo launches political comeback with a run for New York City mayor**

"Retailers like Amazon and Walmart need to stop selling devices that are not safety certified by a national testing laboratory, and food service apps like Grubhub and Uber Eats need to do more to ensure the safety of their workers who depend on these bikes to make a living," she said.

City officials haven't said whether the battery that caused Sunday's fire came from a



Empty Cruises Seniors [...]
Advertisement: Top Searcher Now    Learn More



Document title: After fire kills 3, NYC officials say retailers, delivery apps must do more to ensure e-bike safety | AP News
Capture URL: https://apnews.com/article/lithium-ion-batteries-ebikes-fire-new-york-c8b403a95d74f034ea46b64edd7774db
Capture timestamp (UTC): Mon, 03 Mar 2025 18:31:32 GMT
Page 3 of 16

WORLD  U.S.  POLITICS  SPORTS  ENTERTAINMENT  BUSINESS  SCIENCE  FACT CHECK  ODDITIES  BE WELL  NEWSLETTERS  PHOTOGRAPHY

BWI airport power outage    TSMC    Carolina fires    Rodney McMullen    Oscar winners

AP SETS THE STANDARD FOR POLITICAL REPORTING. SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.    DONATE

Walmart officials said in a statement, "Walmart has zero tolerance for fraudulent sellers or the sale of products with false claims. Like our customers, we expect sellers and suppliers to provide accurate and honest descriptions about their products. When we identify a false claim, we take action to protect our customers and maintain their trust."

Amazon said in a statement, "We strive to ensure all products offered in our store to comply with applicable laws, regulations and Amazon policies—including NYC Local Law 39. We ensure our selection meets industry-accepted standards, and we develop innovative tools to prevent the sale of unsafe products."





**Following Trump's lead, his allies lash out at Ukraine's Zelenskyy and suggest he...**
President Donald Trump's senior aides and allies are lashing out at Ukrainian leader Volodymyr Zelenskyy.
AP News



**Live updates: Trump and his allies lash out at Ukraine's Zelenskyy and suggest...**
President Donald Trump's senior aides and allies lashed out at Ukrainian leader Volodymyr Zelenskyy ...
AP News



**Forget Furosemide, Use This Household Item To Help Drain Edema Fluid**
Advertisement: Wellness...    Learn more



**Sneaky Way US Homeowners Are Getting Their Old Roof Replaced**
Advertisement: Roofing R...    Learn more



**Google Brain Co-Founder Andrew Ng, Recommends: Read These 5 Books And...**
Advertisement: Blinkist: Andrew Ng's Reading List











---

Document title: After fire kills 3, NYC officials say retailers, delivery apps must do more to ensure e-bike safety | AP News
Capture URL: https://apnews.com/article/lithium-ion-batteries-ebikes-fire-new-york-c8b403a95d74f034ea46b64edd7774db
Capture timestamp (UTC): Mon, 03 Mar 2025 18:31:32 GMT    Page 4 of 16



- BWI airport power outage
- TSMC
- Carolina fires
- Rodney McMullen
- Oscar winners

AP SETS THE STANDARD FOR POLITICAL REPORTING. SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.

DONATE

ADVERTISEMENT

Walmart officials said in a statement, "Walmart has zero tolerance for fraudulent sellers or the sale of products with false claims. Like our customers, we expect sellers and suppliers to provide accurate and honest descriptions about their products. When we identify a false claim, we take action to protect our customers and maintain their trust."

Amazon said in a statement, "We strive to ensure all products offered in our store to comply with applicable laws, regulations and Amazon policies—including NYC Local Law 39. We ensure our selection meets industry-accepted standards, and we develop innovative tools to prevent the sale of unsafe products."



Tabeola Feed



**Following Trump's lead, his allies lash out at Ukraine's Zelenskyy and suggest he...**
President Donald Trump's senior aides and allies are lashing out at Ukrainian leader Volodymyr Zelenskyy.
AP News



**Live updates: Trump and his allies lash out at Ukraine's Zelenskyy and suggest...**
President Donald Trump's senior aides and allies lashed out at Ukrainian leader Volodymyr Zelenskyy ...
AP News



Forget Furosemide, Use This



Sneaky Way US



Google Brain Co-Founder



Document title: After fire kills 3, NYC officials say retailers, delivery apps must do more to ensure e-bike safety | AP News
Capture URL: https://apnews.com/article/lithium-ion-batteries-ebikes-fire-new-york-c8b403a95d74f034ea46b64edd7774db
Capture timestamp (UTC): Mon, 03 Mar 2025 18:31:32 GMT                                                                                                                Page 5 of 16