# Exhibit 8

PageVault

| | |
|---|---|
| Document title: | Micromobility Device Testing and Certification \| UL |
| Capture URL: | https://www.ul.com/industries/automotive-and-mobility/micromobility-device-evaluation-testing-and-certification |
| Page loaded at (UTC): | Mon, 03 Mar 2025 18:36:45 GMT |
| Capture timestamp (UTC): | Mon, 03 Mar 2025 18:37:17 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 6 |
| Capture ID: | vbTBQgum1KQwzTHuK2aFBu |
| Display Name: | InternetDomainEcommerceSocialMedia |

PDF REFERENCE #:    qLUvvMbXcAcdbFXJnFum9W

Your web browser (Chrome 126) is out of date. Update your browser for more security, speed and the best experience on this site.
Update browser   Ignore

UL Solutions

Industries   Services   Software   About Us   Resources   Careers   Investors

Search

# Micromobility Device Evaluation, Testing and Certification

We evaluate, test and certify micromobility electrical, mechanical and functional systems to global safety standards to help manufacturers bring safer, innovative mobility devices to markets around the world.

**Automotive and Mobility**

Automotive and Commercial Vehicles

e-Mobility

**Micromobility**

Home  >  Industries  >  Automotive and Mobility  >  Micromobility Device Evaluation, Testing and Certification

## Micromobility products and standards

Micromobility products, electric vehicles that weigh less than 500 kilograms and operate as a low-speed electric vehicle, typically 25 miles per hour (mpH) or less, are rapidly growing in popularity and diversity. And to keep pace with these innovative products entering the market, new standards are emerging to evaluate the safety of the battery, electrical and charging systems. These new standards for safety will help ensure energy is governed and used appropriately through the thousands of cycles of micromobility device charges and discharges.

## U.S. Consumer Product Safety Commission (CPSC) Micromobility Safety Guidance

On December 20, 2022, the U.S. Consumer Product Safety Commission's (CPSC) has called on manufacturers, retailers, importers, and distributors of micromobility devices to comply with established UL safety standards. This includes products covered by UL 2272 and UL 2849, which address electrical systems in personal e-mobility devices (such as hoverboards) and eBikes, respectively. Click here to access the release from CPSC.

## New York City Council's law on micromobility devices and batteries

In a move to strengthen fire safety of e-bikes, e-scooters, and the lithium-ion batteries that power such devices, on March 2, 2023, the New York City Council passed Initiative 663-A, mandating e-bikes, e-scooters, e-mobility devices, and light electric vehicle (EV) battery packs to be third-party certified. On March 20, 2023, New York City Mayor Eric Adams signed this into law. With this new law, any company selling, leasing or distributing micromobility devices, such as e-bikes or e-scooters, has until September 16, 2023, to obtain certification from UL Solutions or another National Recognized Testing Laboratory (NRTL) to:

- UL 2849, the Standard for Electrical Systems for e-Bikes, for the electrical system of any powered bicycle sold, distributed, leased, or rented in New York City.
- UL 2272, the Standard for Electrical Systems for Personal E-Mobility Devices, for all powered mobility

Contact us

**Related resources**

Guide to Micromobility

UL Solutions Statement Regarding U.S. Consumer Product Safety Commission (CPSC)…

UL Enterprise Commends New York City Council for Life-Saving Micromobility Safe…

Marketing Guidelines for UL Solutions Customers With Product, Process, Facility…

CPSC's Forum on Lithium-ion Battery Safety


Chat

Your web browser (Chrome 126) is out of date. Update your browser for more security, speed and the best experience on this site.

Update browser   Ignore

- UL 2849, the Standard for Electrical Systems for e-Bikes, for the electrical system or any powered bicycle sold, distributed, leased, or rented in New York City.

- UL 2272, the Standard for Electrical Systems for Personal E-Mobility Devices, for all powered mobility devices, including e-scooters, sold, distributed, leased, or rented in New York City.

- UL 2271, the Standard for Batteries for Use in Light Electric Vehicle Applications, of any storage battery for a powered bicycle or mobility device sold, distributed, leased or rented in New York City.

Learn more about the details of the law.

> A local law takes effect in September, which will require all of these [micromobility] devices that are sold within the city to be certified by UL Solutions or National Recognized Testing Laboratory.
>
> FDNY Fire Chief Daniel E. Flynn |
> Consumer Product Safety Commission Forum on Lithium-ion Battery Safety
> 07/27/2023

## Micromobility safety evaluation, testing and certification

We evaluate, test and certify micromobility devices to international, national and regional regulations to help manufacturers achieve robust safety designs for their innovative products. To do this, we assess the safety of the battery packs and battery management systems to minimize the potential risk of fire, explosion and electric shock during real-world use for e-bikes, hoverboards, electric scooters and other electric personal transporters. UL Solutions is recognized by Occupational Safety and Health Administration (OSHA) as a Nationally Recognized Testing Laboratory (NRTL) to certify micromobility products to UL 2849, the Standard for Electrical Systems for eBikes and UL 2272, the Standard for Electrical Systems for Personal E-Mobility Devices.

## E-bike testing

As e-bike technology evolves, new safety strategies and standards are being put in place to reduce the risk of electric shock and fire during use and charging. We test to UL 2849, the Standard for Electrical Systems for eBikes, and to European standards including:

- EN 15194

- EN 50604-1 for light electrical vehicle (EV) batteries and/or EN 62133-2 for portable or auxiliary system batteries

- 2014/30/EU for electromagnetic compatibility (EMC)



Your web browser (Chrome 126) is out of date. Update your browser for more security, speed and the best experience on this site.

Update browser    Ignore

system batteries

- 2014/30/EU for electromagnetic compatibility (EMC)
- 2011/65/EU for Restriction of Hazardous Substances (RoHS)
- 2014/53/EU (RED) if radio technologies are used in the device
- Machinery Directive 2006/42/EC for Product Safety
- Draft ISO 4210-10 for e-bikes to become EN standard in 2020 or 2021

## Hoverboard, e-scooter and e-skateboard safety testing

Enhanced functionality and increased adoption of ride-sharing services are driving significant demand for personal e-mobility devices, such as hoverboards, e-scooters and e-skateboards. We assess electrical drive train systems, battery systems and charger system combinations to help manufacturers meet the critical safety requirements outlined in ANSI/CAN/UL 2272, the Standard for Electrical Systems for Personal E-Mobility Devices.

## Micromobility service offerings




Document title: Micromobility Device Testing and Certification | UL
Capture URL: https://www.ul.com/industries/automotive-and-mobility/micromobility-device-evaluation-testing-and-certification
Capture timestamp (UTC): Mon, 03 Mar 2025 18:37:17 GMT
Page 3 of 5

Your web browser (Chrome 126) is out of date. Update your browser for more security, speed and the best experience on this site.

Update browser  Ignore

**SERVICE**

**Over-The-Air Testing**

## Benefits

By tapping into our technical expertise and knowledge of emerging micromobility standards, we deliver the highest level of global regulatory acceptance and market recognition in the industry. We help you send safer micromobility devices to market.

UL certification is a *valuable marketing tool* that tells your customers that your product, process, service or company has successfully met stringent requirements. Communicating this achievement can help you win in the market by strengthening your product's presence and differentiating it from competitors.

## Why use UL Solutions

We are a recognized international leader in battery safety, and our engineers apply their unrivaled experience to deliver a comprehensive range of safety testing and certification solutions. Our global footprint and reach will help you meet safety, EMC and local requirements, and gain rapid access to markets around the world. From research and development to product development to final launch, we help you build trust in your innovative micromobility devices.

## Download our case study



Micromobility battery life cycle: challenge…
922.19 KB

Download

### News

Marketing Claim Verification

### On-demand webinars

How to Make

### Insights

Bringing Safer Micromobility Products to


Chat

Your web browser (Chrome 126) is out of date. Update your browser for more security, speed and the best experience on this site.
Update browser   Ignore

## News

Marketing Claim Verification

Inform Your Purchase Decisions with Confidence

## On-demand webinars

How to Make Micromobility Devices Consumers and Cities Trust

The Importance of Functional Safety in Batteries and Micromobility Products

## Insights

Bringing Safer Micromobility Products to Worldwide Markets

UL 2272 and the Safety of Personal E-Mobility Devices

# Guide to Micromobility

Our comprehensive solution for Europe, North America and more



Guide to Micromobility
8.4 MB
Download

E-bike Infographic
1 MB
Download



**CAREERS**

Working at UL Solutions

UL Solutions Careers

**HELP AND SUPPORT**

Help Center

Tools, Apps and Databases

Report a Concern

**CONTACT CENTER**

Contact Us

Manage Your Subscriptions

Locations

**CHOOSE A REGION**

Select a regional website

**ABOUT US**

News

Media Center

Investor Relations

© 2025 UL LLC. All rights reserved.

Online Policies   Impressum   About Cookies   Data Subject Access Request Portal

Cookie Preferences

Chat

---

Document title: Micromobility Device Testing and Certification | UL
Capture URL: https://www.ul.com/industries/automotive-and-mobility/micromobility-device-evaluation-testing-and-certification
Capture timestamp (UTC): Mon, 03 Mar 2025 18:37:17 GMT                                                                                           Page 5 of 5