# Exhibit 9

PageVault

| | |
|---|---|
| Document title: | UL 2850 \| UL Standards & Engagement \| UL Outline |
| Capture URL: | https://shopulstandards.com/ProductDetail.aspx?productId=UL2850 |
| Page loaded at (UTC): | Mon, 03 Mar 2025 18:40:19 GMT |
| Capture timestamp (UTC): | Mon, 03 Mar 2025 18:40:43 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 2 |
| Capture ID: | 2zJxVzmxuF8xxbRcGwdV7d |
| Display Name: | InternetDomainEcommerceSocialMedia |

PDF REFERENCE #:    8jX9DF6GdUH8tFLFnGenfv

Outline

# UL 2850

## UL LLC Outline of Investigation for Electric Scooters and Motorcycles

UL Outline

© 2017 UL LLC

Edition 2

Published Date: May 07, 2024

Scope

**Purchase this document and receive a discount on another Standard or Outline in this set.**

**Click here to view the purchase options.**

**USD $225.00-$998.00**

Purchase Options

Get Update Alerts | About

Digital View | About

### Revisions and Related Documents

| Revisions Red Line Std. (0) | CSDS Proposals (0) | UL LLC CRD (0) | Other Updates (0) | Referenced Standards (50) | Reverse Referenced Standards (0) |
|---|---|---|---|---|---|
| None available. | | | | | |

Copyright © 2025 ULSE Inc. | eCommerce and design by DragonSpears

Cookie Preferences

