# Exhibit 11

Page Vault

| | |
|---|---|
| Document title: | Electric Bike, Moped, Scooter, and Motorcycle For Sale \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/ |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:45:49 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:45:51 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 8 |
| Capture ID: | 1nu6AuNi67zohQnPwwYRXc |
| Display Name: | andersonla |

PDF REFERENCE #:        pXKvdq7h1AiBm6EsCAki2u



Document title: Electric Bike, Moped, Scooter, and Motorcycle For Sale | FLY E-BIKE
Capture URL: https://www.flyebike.com/
Capture timestamp (UTC): Mon, 25 Nov 2024 22:45:51 GMT



COUPON CODE: SAVE50 get $50 off when orders over $500.

E-RIDES    PARTS    SUPPORT    ABOUT

 Search     0



WE ARE FLY E BIKE



**DP-01**

COMING SOON



**DP-03**

COMING SOON

Follow us on Instagram! @flyebike_official



E-RIDES    PARTS    SUPPORT    ABOUT

 

Q Search

COMING SOON                                                    COMING SOON









Document title: Electric Bike, Moped, Scooter, and Motorcycle For Sale | FLY E-BIKE
Capture URL: https://www.flyebike.com/
Capture timestamp (UTC): Mon, 25 Nov 2024 22:45:51 GMT







Get a 5% discount for each friend you invite

E-RIDES    PARTS    SUPPORT    ABOUT

    Q Search        🛒 0





## ndard
## ntenance



## Inquiry

## Towing





## pection

Document title: Electric Bike, Moped, Scooter, and Motorcycle For Sale | FLY E-BIKE
Capture URL: https://www.flyebike.com/
Capture timestamp (UTC): Mon, 25 Nov 2024 22:45:51 GMT



E-RIDES    PARTS    SUPPORT    ABOUT        Search     

# Find a store nearby.
## We've been waiting for you, always.



**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024    All rights reserved.

🌐 USA

Page Vault

| | |
|---|---|
| Document title: | Product Page \| FLY E-BIKEhttps://www.flyebike.com/product-page/fly-2 |
| Capture URL: | https://www.flyebike.com/product-page/fly-2-1 |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:47:42 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:47:43 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | qzwypabGDwBW7iERqNHfmZ |
| Display Name: | andersonla |

PDF REFERENCE #:        28SMKh1zMgZm2EUvFbRGkt



COUPON CODE SALE50 get $50 off while orders over $500.

E-RIDES     PARTS     SUPPORT     ABOUT

Search

## This product couldn't be found

Continue Shopping



**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers



**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024        All rights reserved.

🌐 USA

**Page Vault**

| | |
|---|---|
| Document title: | FLY-11 Red Edition \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/f-11 |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:49:54 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:49:55 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | 7FedmHqBoip8QN4F2VqqYC |
| Display Name: | andersonla |

PDF REFERENCE #:          iMj11RsJNc5egGiV7F2vSW



E-RIDES     PARTS     SUPPORT     ABOUT                 Search                    👤   🛒 ⓪

Home / FLY-11 Red Edition



# FLY-11 Red Edition

~~$1,999.00~~
## $1,750.00

Pay with Klarna

or 4 interest-free payments of $437.50
with  sezzle  Learn More

FLY-11 is a top-of-the line lithium-ion
battery powered electric bicycle made
with all top-of-the-line components.
Read more

**Color: Red**

🔴

**Battery Option**

| Select ⌄ |
|---|

**Quantity**

| 1 |
|---|

**Add to Cart**

**Buy Now**

---

Tech Spec    Warranty    Shipping    Return Policy

Features                              Battery Lock
                                      Pedal Assist with Smart Sensor


💬 LIVE CHAT



**E-RIDES**   **PARTS**   **SUPPORT**   **ABOUT**

      

Pedal Assist with Smart Sensor
USB Phone Charging Port
Waterproof Speedometer and Odometer with LCD Display

| | |
|---|---|
| Motor | 500W |
| Battery | 48V/26A (LITHIUM) |
| Range | 50-60MILES (Mileage may vary depending on rider weight and road conditions) |
| Top Speed | 20MPH |
| Charging Time | 5-6 Hour Fast Charging |
| Payload Capacity | 250LB |
| Brake | DISC/DISC |
| Tires | 26" x 2.215" |
| Headlight | YES |
| Taillight | YES |
| Charger | YES |



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**
Inquiry
Inspection
Parts Changing
Standard Maintenance
Towing

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Company**
Careers
Investor Relations
Media Center
Becor

LIVE CHAT

Document title: FLY-11 Red Edition | FLY E-BIKE
Capture URL: https://www.flyebike.com/product-page/f-11
Capture timestamp (UTC): Mon, 25 Nov 2024 22:49:55 GMT

| | |
|---|---|
| Range | 40-60MILES (Mileage may vary depending on rider weight and road conditions) |
| Top Speed | 20MPH |
| Charging Time | 5-6 Hour Fast Charging |
| Payload Capacity | 250LB |
| Brake | DISC/DISC |
| Tires | 26" x 2.215" |
| Headlight | YES |
| Taillight | YES |
| Charger | YES |



**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024    All rights reserved.

🌐 USA

💬 LIVE CHAT

| | |
|---|---|
| Document title: | FLY-11 PRO | FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/fly-11-pro |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:51:44 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:51:46 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | sJHNvVs7CTYD3FZJi3rT4C |
| Display Name: | andersonla |



COUPON CODE: SALE50, get $50 off while orders over $500.

E-RIDES    PARTS    SUPPORT    ABOUT



Home / FLY-11 PRO



## FLY-11 PRO

## $1,699.00

**Pay with Klarna**

Certified with UL 2849 and UL 2271, the FLY-11 PRO meets the highest safety standards, giving you peace of mind
Read more

**Battery Option**

Select

**Color**

**Quantity**

1

**Add to Cart**

**Buy Now**

Specification    Warranty    Shipping    Return Policy

| Features | Battery Lock |
| --- | --- |
| | Pedal Assist with Smart Sensor |
| | USB Phone Charging Port |
| | Waterproof Speedometer and Odometer with LCD Display |
| Motor | 500W |





Document title: FLY-11 PRO | FLY E-BIKE
Capture URL: https://www.flyebike.com/product-page/fly-11-pro
Capture timestamp (UTC): Mon, 25 Nov 2024 22:51:46 GMT

Page 1 of 3



COUPON CODE SALE50, get $50 off while orders over $2500.

E-RIDES   PARTS   SUPPORT   ABOUT            Search        👤   🛒 0

| Motor | 500W |
|---|---|
| Battery | 48V/26A (LITHIUM) |
| Range | 50-60MILES (Mileage may vary depending on rider weight and road conditions) 100-120 MILES FOR TWO BATTERIES |
| Top Speed | 20MPH |
| Charging Time | 5-6 Hour Fast Charging |
| Payload Capacity | 250LB |
| Brake | DISC/DISC |
| Tires | 26" x 2.215" |
| Headlight | YES |
| Taillight | YES |
| Charger | YES |

**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**
Inquiry
Inspection
Parts Changing
Standard Maintenance
Towing

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Company**
Careers
Investor Relations
Media Center
Become a Dealer



| | |
|---|---|
| Battery | 48V/26A (LITHIUM) |
| Range | 50-60MILES (Mileage may vary depending on rider weight and road conditions) 100-120 MILES FOR TWO BATTERIES |
| Top Speed | 20MPH |
| Charging Time | 5-6 Hour Fast Charging |
| Payload Capacity | 250LB |
| Brake | DISC/DISC |
| Tires | 26" x 2.215" |
| Headlight | YES |
| Taillight | YES |
| Charger | YES |



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**
Inquiry
Inspection
Parts Changing
Standard Maintenance
Towing

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Company**
Careers
Investor Relations
Media Center
Become a Dealer

Fly-E Group © 2024    All rights reserved.

🌐 USA

Document title: FLY-11 PRO | FLY E-BIKE
Capture URL: https://www.flyebike.com/product-page/fly-11-pro
Capture timestamp (UTC): Mon, 25 Nov 2024 22:51:46 GMT

**Page Vault**

| | |
|---|---|
| Document title: | AIR-1 \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/air-1-1 |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:53:39 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:53:41 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | 9vfeQkrUhKNRjTGLpAoGrc |
| Display Name: | andersonla |

PDF REFERENCE #:     1MPbXaDdz5XevMGjTQF5zm



E-RIDES     PARTS     SUPPORT     ABOUT

Search





# AIR-1

## $499.00

**Pay with Klarna**

Introducing the AIR-1 electric scooter,
designed for versatility and
convenience. Equipped with a 250W

### Quantity

| 1 |

**Add to Cart**

**Buy Now**

---

Specifications     Warranty     Shipping     Return Policy

| | |
|---|---|
| Motor | 250W |
| Battery | 36V/10AH |
| Tire | 14" |
| Weight | 38LB |
| Load capacity | 265LB |
| Riding speed | 13.5MPH |
| Max speed | 15.5MPH |
| Charging time | 5-6H |

| | |
|---|---|
| Weight | 38LB |
| Load capacity | 265LB |
| Riding speed | 13.5MPH |
| Max speed | 15.5MPH |
| Charging time | 5-6H |
| Brake | Dual disc brake |
| Folding | Yes |
| Adjust seat | Yes |
| Range | Range in throttle mode：15-35 Mi<br>Range in pedal assist mode：30-37 Mi |



**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024      All rights reserved.

🌐 USA

Page Vault

| | |
|---|---|
| Document title: | AIR-2 \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/air-2 |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:55:43 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:55:45 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | qajWMR3CLPMYrkN7fbnDZW |
| Display Name: | andersonla |

COUPON CODE: SALE50 get $50 off when orders over $500.



E-RIDES   PARTS   SUPPORT   ABOUT

Search

Home / AIR-2





# AIR-2

~~$1,000.00~~
## $850.00

**Pay with Klarna**

or 4 interest-free payments of $212.50 with **Klarna.** Learn More

or 4 interest-free payments of $212.50 with ✦sezzle Learn More

Foldable: Three-step fast folding Electric bike that you can easily put to the trunk
Read more

**Color**

 

**Quantity**

1

**Out of Stock**

**Notify When Available**

Specification    Warranty    Shipping    Return Policy

| Motor | 350W |
|-------|------|
| Battery | 48V/12Ah(LITHIUM) |



| Range | 20-25MILES (Mileage may vary depending on rider weight and road conditions) |
| --- | --- |
| Top Speed | 20MPH |
| Charging Time | 4-5HOURS |
| Payload Capacity | 250LB |
| Brake | DISC/DISC |
| Tires | 14" |
| Headlight | YES |
| Taillight | YES |
| Charger | YES |

**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024     All rights reserved.

🌐 USA

| | |
|---|---|
| Top Speed | (and road conditions)<br>20MPH |
| Charging Time | 4-5HOURS |
| Payload Capacity | 250LB |
| Brake | DISC/DISC |
| Tires | 14" |
| Headlight | YES |
| Taillight | YES |
| Charger | YES |



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**
Inquiry
Inspection
Parts Changing
Standard Maintenance
Towing

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Company**
Careers
Investor Relations
Media Center
Become a Dealer

Fly-E Group © 2024    All rights reserved.

🌐 USA

Page Vault

| | |
|---|---|
| Capture URL: | https://www.flyebike.com/product-page/dy-venom |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:59:40 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:59:41 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 2 |
| Capture ID: | 8W9AhhGdwxX48ps6baSxHh |
| Display Name: | andersonla |

PDF REFERENCE #:    4Q32fQ5SkC3pHkZJa93fhu



**Page Vault**

| | |
|---|---|
| Document title: | Z6 \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/z6-tattoo-edition |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:53:43 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:53:45 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | it31B3RjmKJJAptYqsRwHU |
| Display Name: | andersonla |


COUPON CODE: SALE50 - get $50 off while orders over $500.

E-RIDES    PARTS    SUPPORT    ABOUT        🔍 Search    👤    🛒 0

Home / Z6



# Z6

## $1,800.00

**Pay with Klarna**

or 4 interest-free payments of $450.00 with ● sezzle  Learn More

FLY E-Bike designs and crafts the coolest electric scooters at unbeatable prices. Assembled in America and
Read more

**Color**

🔵 🟠 ⚫ 🔴

**Battery Option**

Select ⌄

**Quantity**

1

Add to Cart

Buy Now

Specification     Warranty     Shipping     Return Policy

Features                    Remote Key Fob
                            Alarm System
                            Front and Rear Suspension

COUPON CODE: SALE50 — get $50 off when orders over $500.



E-RIDES    PARTS    SUPPORT    ABOUT

  

|  |  |
|---|---|
|  | Full Lighting Package |
|  | Arrives Fully Assembled |
| Motor | 2000W/BRUSHLESS |
| Battery | 72/32Ah (Lead-acid) |
|  | 72V/45Ah (Lithium-ion) |
|  | 72V50Ah (Lithium-ion) |
|  | 72V55Ah(Lithium-ion) |
| Range | 72/32Ah (Lead-acid):30-35 Miles |
|  | 72V/45Ah (Lithium-ion): 55-60miles |
|  | 72V50Ah(Lithium-ion):60-70 Miles |
|  | 72V55Ah(Lithium-ion):70-80 Miles |
|  | (Mileage may vary depending on rider weight and road conditions) |
| Top Speed | 40MPH |
| Charging Time | Lead-acid Battery: 8-10 Hour Charging |
|  | Lithium-ion Battery: 8-10 Hour Charging |
|  | (Will take 12 Hours if voltage is low ) |
| Battery Charger Type: | On Board |
| Payload Capacity | 350LB |
| Frame | High-Tensile Steel |
| Tires | 5" x 14" |
| Brake | DISC/DISC |
| Dimension | 1830x850x970mm |
| Net Weight | 187LB with Battery |
| LED Headlight Taillight Turnsignal | YES |
| Rear-view Bike Mirror | YES |
| Charger | YES |
| Back Seat Step Pegs | YES |

| | |
|---|---|
| Tires | 15 x 14 |
| Brake | DISC/DISC |
| Dimension | 1830x850x970mm |
| Net Weight | 187LB with Battery |
| LED Headlight Taillight Turnsignal | YES |
| Rear-view Bike Mirror | YES |
| Charger | YES |
| Back Seat Step Pegs | YES |



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**
Inquiry
Inspection
Parts Changing
Standard Maintenance
Towing

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Company**
Careers
Investor Relations
Media Center
Become a Dealer

Fly-E Group © 2024     All rights reserved.

🌐 USA

Page Vault

| | |
|---|---|
| Document title: | ACCESSORIES \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/accessories |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:55:59 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:56:00 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | bcT3c7zDA6zk6iecGZLHN4 |
| Display Name: | andersonla |

PDF REFERENCE #:            eaGqSAP1frBWvvmuRTK2G8

FREE SHIPPING on All NYC Orders



E-RIDES    PARTS    SUPPORT    ABOUT

Search

## Filter By:

**Category** —

All
Inner Tubes

**Price** +

**Color** +

**Size** +



**New Arrival**

### ELECTRIC AIR PUMP

$65.00

Pay with Klarna

**Add to Cart**



### MOTORCYCLE GLOVE

$35.00

Pay with Klarna

Size ⌄

**Add to Cart**



### F9 FOOT MAT

$10.00

Pay with Klarna

**Add to Cart**





### Z6/DY THROTTLE

$75.00

Pay with Klarna

**Add to Cart**



### FLY-11 BIKE PEDAL

$35.00

Pay with Klarna

**Add to Cart**



**New Arrival**

### Rain shoes cover

$19.99

Pay with Klarna

Size ⌄

**Add to Cart**



**New Arrival**

### Raincoat suit



**New Arrival**

### Fly E-Bike Hoodie



**New Arrival**

### FH-1 Winter Helmet







**Add to Cart** **Add to Cart** **Add to Cart**

New Arrival

**F-11 Inner Tube**

*$25.00*

Pay with Klarna

**FLY-11 Brake Lever Pair**

*$130.00*

Pay with Klarna

**F-11 MAIN CABLE**

*$45.00*

Pay with Klarna

**Add to Cart** **Add to Cart** **Add to Cart**



**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024    All rights reserved.

🌐 USA

💬 LIVE CHAT

**Page Vault**

| | |
|---|---|
| Document title: | FH-1 Winter Helmet \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/helmet |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:56:06 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:56:08 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | bBZd8tHntCEWThnJ7s21RT |
| Display Name: | andersonla |

PDF REFERENCE #:          p24VjnQpf1ZX4MhQhwdjXk

FREE SHIPPING on all NYC Orders

E-RIDES    PARTS    SUPPORT    ABOUT        Q Search        🛒 0

Home / FH-1 Winter Helmet





# FH-1 Winter Helmet

## $99.00

**Pay with Klarna**

This winter helmet also includes integrated sun shield to protect against sun glare and a sleeker profile for a
Read more

**Color: Black**

⚫

**Size**

| Select | ⌄ |

**Quantity**

1

| Add to Cart |

| Buy Now |

---

**Shipping**    **Warranty**    **Return Policy**

FLY E-BIKE works with reliable professional auto/bike transport companies to ensure your order arrives at your door timely and safely. Your ebike/scooter will be delivered within 4-6 business days after your order is received, including pre-order items. To place an order online, enter a U.S.-eligible delivery address. (Note that We Only Ship To The 48 Continental United States). We offer free shipping on eligible orders and selected Tri-State zip codes.

💬 LIVE CHAT



**Add to Cart**

**Buy Now**

**Shipping**    Warranty    Return Policy

FLY E-BIKE works with reliable professional auto/bike transport companies to ensure your order arrives at your door timely and safely. Your ebike/scooter will be delivered within 4-6 business days after your order is received, including pre-order items. To place an order online, enter a U.S.-eligible delivery address. (Note that We Only Ship To The 48 Continental United States). We offer free shipping on eligible orders and selected Tri-State zip codes.

## Shop
Ebikes
Escooter
Emotorcycle
Replacement Parts

## Service
Inquiry
Inspection
Parts Changing
Standard Maintenance
Towing

## Before shopping
FAQs
Compare
Return policy
Test Rides
Shipping

## Contact
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

## After shopping
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

## Company
Careers
Investor Relations
Media Center
Become a Dealer

Fly-E Group © 2024    All rights reserved.

🌐 USA
💬 LIVE CHAT

🔒 Page Vault

| | |
|---|---|
| Document title: | Electric Bike, Moped, Scooter, and Motorcycle For Sale \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/home |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:56:45 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:56:47 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 8 |
| Capture ID: | qs1Q1KZHvQNvBxHASer6h3 |
| Display Name: | andersonla |



COUPON CODE: SALE50 - get $50 off with a purchase of $500.



E-RIDES    PARTS    SUPPORT    ABOUT          Search





**DP-01**

COMING SOON

 Follow us on Instagram! @flyebike_official



**DP-03**

COMING SOON

COUPON CODE: SALE50 — get $50 off when orders over $500.



E-RIDES    PARTS    SUPPORT    ABOUT

 

Search

COMING SOON                                                    COMING SOON





# Components.
## Replace promptly,




Follow us on Instagram! @flyebike_official


LIVE CHAT

Document title: Electric Bike, Moped, Scooter, and Motorcycle For Sale | FLY E-BIKE
Capture URL: https://www.flyebike.com/home
Capture timestamp (UTC): Mon, 25 Nov 2024 22:56:47 GMT

Page 3 of 7

DORMAN CODE SALE: Enter $10 off when orders over $500.

E-RIDES    PARTS    SUPPORT    ABOUT

Search    0



SHOP NOW



lp is here,

enever and

erever you need it.

Accessories
Changing

Follow us on Instagram! @flyebike_official

by Smartarget

LIVE CHAT

Document title: Electric Bike, Moped, Scooter, and Motorcycle For Sale | FLY E-BIKE
Capture URL: https://www.flyebike.com/home
Capture timestamp (UTC): Mon, 25 Nov 2024 22:56:47 GMT


Get discount for each friend you offer

E-RIDES     PARTS     SUPPORT     ABOUT          Q Search      



**ndard**
**ntenance**





**Inquiry**





**Towing**

**pection**

Follow us on Instagram! @flyebike_official


LIVE CHAT

Document title: Electric Bike, Moped, Scooter, and Motorcycle For Sale | FLY E-BIKE
Capture URL: https://www.flyebike.com/home
Capture timestamp (UTC): Mon, 25 Nov 2024 22:56:47 GMT

 

E-RIDES    PARTS    SUPPORT    ABOUT        Search

# Find a store nearby.
## We've been waiting for you, always.







**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**Company**

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024

Follow us on Instagram! @flyebike_official

reserved.
by Smartarget

USA

LIVE CHAT

**Page Vault**

| | |
|---|---|
| Document title: | EK-PRO | FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/ek-pro |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:57:42 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:57:43 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | np4BwTqaDE5mKDzvqCR7dL |
| Display Name: | andersonla |

PDF REFERENCE #:        mXHXNnsP2mPSTNT9WCRNKN

FREE SHIPPING on All NYC Orders

E-RIDES    PARTS    SUPPORT    ABOUT



Search



# EK-PRO

## $2,999.00

**Pay with Klarna**

 Introducing the EK Pro: The Next-Generation Smart Moped! 

**Color: White**

**Battery Option**

72V/40AH Lithium-ion Battery ⌄

**Quantity**

1

We expect to ship by December 15th, 2024.

**Pre-Order**

**Specifications**

| | |
|---|---|
| Length x width x height(mm) | 1970*703*1214 |
| Battery | 72V50Ah Lithium Ion Battery |
| Range | 72V50Ah (Lithium-ion): 60-65 Miles (Mileage may vary depending on rider weight and road conditions) |

E-RIDES     PARTS     SUPPORT     ABOUT

conditions)

| | |
|---|---|
| Top Speed | 59 MPH |
| Charging Time | Lithium-ion Battery: 7-8 Hour Fast Charging |
| Payload Capacity | 300LBS |
| Net Weight | 130 LBS |
| Frame | Aluminum Alloy |
| Tires | Front tire 100/80-14<br>Rear tire 110/70-13 |
| Brake | Hydraulic Disc Brake |
| Motor | 3500W |
| Battery removal method | From top |
| Battery waterproofing | IP65 |
| Charger | Yes |
| Unlocking method | NFC/Remote control/Mobile APp |



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**
Inquiry
Inspection
Parts Changing
Standard Maintenance
Towing

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Company**
Careers
Investor Relations
Media Center
Becoi

LIVE CHAT

| | |
|---|---|
| Payload Capacity | 300LBS |
| Net Weight | 130 LBS |
| Frame | Aluminum Alloy |
| Tires | Front tire 100/80-14<br>Rear tire 110/70-13 |
| Brake | Hydraulic Disc Brake |
| Motor | 3500W |
| Battery removal method | From top |
| Battery waterproofing | IP65 |
| Charger | Yes |
| Unlocking method | NFC/Remote control/Mobile APp |



**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024    All rights reserved.

⊕ USA

💬 LIVE CHAT

**Page Vault**

| | |
|---|---|
| Document title: | S-1 | FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/s-1 |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:57:43 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:57:44 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | j6wbhkBUT6xHeTyw9Vavci |
| Display Name: | andersonla |

PDF REFERENCE #:      3YEPsrT79zbA4Mmtssy16w

COUPON CODE "SAVE50" get $50 off when orders over $500.



E-RIDES      PARTS      SUPPORT      ABOUT            Q Search          0

Home / S-1



# S-1

# $399.00

**Pay with Klarna**

Introducing our latest electric scooter S-1, designed for urban commuting and convenience. Powered by a 250W
Read more

**Color: Black**

⬤

**Tire**

| Select                          ⌄ |

**Quantity**

| 1 |

**Add to Cart**

**Buy Now**

---

**Specification**   **Warranty**   **Shipping**   **Return Policy**

| Motor | 250W |
|-------|------|
| Battery | 36V/7.8Ah (LITHIUM) |
| Range | 15MILES  (Mileage may vary depending on rider weight and road conditions) |

E-RIDES    PARTS    SUPPORT    ABOUT

road conditions)

| | |
|---|---|
| Top Speed | 15MPH |
| Charging Time | 6-8HOURS |
| Payload Capacity | 250LB |
| Brake | DISC/DISC |
| Tires | 8.5" |
| Headlight | YES |
| Taillight | YES |
| Turnsignal | N/A |
| Charger | YES |



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Service**
Inquiry
Inspection
Parts Changing
Standard Maintenance
Towing

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

**Company**
Careers
Investor Relations
Media Center
Become a Dealer

💬 LIVE CHAT

Fly-E Group © 2024    All rights

| | |
|---|---|
| Charging Time | 4-8 HOURS |
| Payload Capacity | 250LB |
| Brake | DISC/DISC |
| Tires | 8.5" |
| Headlight | YES |
| Taillight | YES |
| Turnsignal | N/A |
| Charger | YES |



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**
Inquiry
Inspection
Parts Changing
Standard Maintenance
Towing

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Company**
Careers
Investor Relations
Media Center
Become a Dealer

Fly-E Group © 2024    All rights reserved.

🌐 USA
💬 LIVE CHAT

| | |
|---|---|
| Document title: | Leopard \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/leopard |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:58:46 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:58:48 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | nAwk7ZVHNE2idfWFrKbvNh |
| Display Name: | andersonla |

PDF REFERENCE #:          mJ4qS2mmA1C25aFzcZnp2t



E-RIDES    PARTS    SUPPORT    ABOUT



Search

 

Home / Leopard



## Leopard

~~$1,700.00~~
**$1,300.00**

Pay with Klarna

or 4 interest-free payments of $325.00 with  sezzle  Learn More

*Only available in Miami and Houston Locations*

**Color**

⚫ 🔵 🔴

**Quantity**

`1`

**Add to Cart**

**Buy Now**

---

**Tech Spec**    Warranty    Shipping    Return Policy

| Features | Battery Lock |
| --- | --- |
| | USB Phone Charging Port |
| | Waterproof Speedometer and Odometer with LED Display |
| | Arrives Fully Assembled |
| Motor | 500W |
| Battery | 48V/12AH (LITHIUM) |

💬 LIVE CHAT

E-RIDES    PARTS    SUPPORT    ABOUT                    Search                        0

| Battery | 48V/12AH (LITHIUM) |
| Range | 20MILES  (Mileage may vary depending on rider weight and road conditions) |
| Top Speed | 25MPH |
| Charging Time | 5 Hours Charging |
| Payload Capacity | 250LB |
| Brake | DISC/DISC |
| Tires | 20" x 4" |
| Headlight | YES |
| Taillight | YES |
| Charger | YES |



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**
Inquiry
Inspection
Parts Changing
Standard Maintenance
Towing

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Company**
Careers
Investor Relations
Media Center
Become a Dealer

Fly-E Group © 2024        All rights reserved.

LIVE CHAT

Document title: Leopard | FLY E-BIKE
Capture URL: https://www.flyebike.com/product-page/leopard
Capture timestamp (UTC): Mon, 25 Nov 2024 22:58:48 GMT

| Range | 20MILES (Mileage may vary depending on rider weight and road conditions) |
|---|---|
| Top Speed | 25MPH |
| Charging Time | 5 Hours Charging |
| Payload Capacity | 250LB |
| Brake | DISC/DISC |
| Tires | 20" x 4" |
| Headlight | YES |
| Taillight | YES |
| Charger | YES |



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**
Inquiry
Inspection
Parts Changing
Standard Maintenance
Towing

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Company**
Careers
Investor Relations
Media Center
Become a Dealer

Fly-E Group © 2024     All rights reserved.

USA

LIVE CHAT

**Page Vault**

| | |
|---|---|
| Document title: | FAQ | FLY E-BIKEhttps://www.flyebike.com/copy-of-return-policy |
| Capture URL: | https://www.flyebike.com/copy-of-return-policy |
| Page loaded at (UTC): | Mon, 25 Nov 2024 23:00:02 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 23:00:03 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | x4wEhaP1ApCauL1PwPrNus |
| Display Name: | andersonla |

 Get a discount for each friend you refer →

E-RIDES    PARTS    SUPPORT    ABOUT        Search         0

# Frequently asked questions

**Registration Questions**    **General Questions**    **Shipping questions**

| 01 | Do I need a driver's license to ride a moped/motorcycle models? |

A driver's license is required to drive any model moped up to 30 mph. Any e-moped model exceeding that requires a motorcycle license endorsement. Any of the models that can reach 40mphs and over require a motorcycle license.

| 02 | Do I need to register my electric motorcycle after purchase? |

| 03 | What documents does FLYEBIKE provide to help with registration? |

| 04 | What if I don't have a driver's license or permit? |

 LIVE CHAT



E-RIDES    PARTS    SUPPORT    ABOUT            





**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024     All rights reserved.

🌐 USA

💬 LIVE CHAT

Page Vault

| | |
|---|---|
| Capture URL: | https://www.flyebike.com/product-page/z6-dy-throttle |
| Page loaded at (UTC): | Mon, 25 Nov 2024 23:01:39 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 23:01:40 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 2 |
| Capture ID: | rCAGi3YmAo1B88AMDMVTB4 |
| Display Name: | andersonla |

PDF REFERENCE #:       p9w9fnBEF9K2uaKNGfu6uG



| | |
|---|---|
| Document title: | FLY-9 Seat / Moped Bike Seat \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/fly-9-seat-moped-bike-seat |
| Page loaded at (UTC): | Mon, 25 Nov 2024 23:06:04 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 23:06:06 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | uw9aULqeEmzh2Mq6HPYiwu |
| Display Name: | andersonla |




COUPON CODE: SALE50, get $50 off while orders over $500.

E-RIDES     PARTS     SUPPORT     ABOUT

Search               0

Home / Shop / FLY-9 Seat / Moped Bike Seat

< Prev | Next >



# FLY-9 Seat / Moped Bike Seat

## $50.00

Pay with Klarna

or 4 interest-free payments of $12.50 with **Klarna.** Learn More

or 4 interest-free payments of $12.50 with **sezzle** Learn More

**Quantity**

1

**Out of Stock**

**Notify When Available**





**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Caree

LIVE CHAT



$50.00

Pay with Klarna

or 4 interest-free payments of $12.50 with Klarna. Learn More

or 4 interest-free payments of $12.50 with sezzle Learn More

**Quantity**

1

**Out of Stock**

Notify When Available



**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024    All rights reserved.

🌐 USA

💬 LIVE CHAT

**PageVault**

| | |
|---|---|
| Document title: | ABOUT US \| FLY E-BIKEhttps://www.flyebike.com/aboutus |
| Capture URL: | https://www.flyebike.com/aboutus |
| Page loaded at (UTC): | Mon, 25 Nov 2024 23:08:04 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 23:08:06 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | kJwNc4m4vBErBr3TAujQHd |
| Display Name: | andersonla |


COUPON CODE SALE50 get $50 off while ordering over $500.

E-RIDES    PARTS    SUPPORT    ABOUT        Search       0

## *ABOUT US*

At FLY E-BIKE, we continue to believe that we have a key role to play in encouraging people to add eco-friendly transportation to their active lifestyles. This vigorous paced start-up was established in 2018 and is currently based in New York City. Most of our manufacturing is handled by our factories located in China and assembled here in the United States. Our niche market is predominantly food delivery workers who need to get around the city without any delays. We currently have over fourty physical store locations around the world. Most are located in the tri-state areas, but we also have stores located in South America and soon to be in Europe as well. FLY E-BIKE is taking over the electric transportation market, so come fly with us today!



# Store Gallery





Document title: ABOUT US | FLY E-BIKEhttps://www.flyebike.com/aboutus
Capture URL: https://www.flyebike.com/aboutus
Capture timestamp (UTC): Mon, 25 Nov 2024 23:08:06 GMT





**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

    

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024    All rights reserved.    🌐 USA 

**Page Vault**

| | |
|---|---|
| Document title: | F-TC | FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/f-tc-pre-order |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:45:42 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:45:44 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | r3ZqPVjohxptFKPAKnTGJP |
| Display Name: | andersonla |

PDF REFERENCE #:          bvXqSw7A4MPdsVBQEXAo6Y



COUPON CODE: SALE50 get $50 off while orders over $500.

E-RIDES    PARTS    SUPPORT    ABOUT



Q Search

 

🛒 0

Home / F-TC



# F-TC

~~$3,300.00~~
## $2,310.00

Pay with Klarna

The F-TC requires riders to hold a valid
motorcycle license to legally operate
on public roads in the United States.
Read more

**Color**

⚫ ⚫

**Battery Option**

| Select | ⌄ |

**Quantity**

| 1 |

**Add to Cart**

**Buy Now**



Specifications    Warranty    Return Policy    Shipping

| Model | F-TC |
|-------|------|
| Battery | 60V/30Ah Lithium-ion battery |



Document title: F-TC | FLY E-BIKE
Capture URL: https://www.flyebike.com/product-page/f-tc-pre-order
Capture timestamp (UTC): Mon, 25 Nov 2024 22:45:44 GMT

| | |
|---|---|
| Charger Input Voltage | 220-240 VAC |
| Charger Input Current | 60V/4Ah |
| Charing time | 8 h |
| Max speed | 38 mph |
| Weight | 190 lbs |
| LxWxH | 76 x 28 x 43 inch |
| Wheelbase | 52 inch |
| Ground Clearance | 8 inch |
| Seat Height | 35 inch |



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**
Inquiry
Inspection
Parts Changing
Standard Maintenance
Towing

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Company**
Careers
Investor Relations
Media Center
Become a Dealer

Fly-E Group © 2024     All rights reserved.

🌐 USA

**Page Vault**

| | |
|---|---|
| Document title: | RZ | FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/rz |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:45:46 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:45:47 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | aNFfUThChinfiTsixwuraT |
| Display Name: | andersonla |



E-RIDES    PARTS    SUPPORT    ABOUT        Search         0

Home / RZ



# RZ

~~$2,200.00~~
## $1,760.00

**Pay with Klarna**

or 4 interest-free payments of $440.00
with  sezzle  Learn More

**Color**

🔵 ⚫ ⚫ 🔴

**Battery Option**

| Select | ⌄ |

**Quantity**

| 1 |

**Out of Stock**

[ Notify When Available ]

---

**Specification**   Warranty   Shipping   Return Policy

Features          Remote Key Fob
                  Alarm System
                  Front and Rear Suspension
                  Full Lighting Package
                  Arrives Fully Assembled

 💬 LIVE CHAT

Document title: RZ | FLY E-BIKE
Capture URL: https://www.flyebike.com/product-page/rz
Capture timestamp (UTC): Mon, 25 Nov 2024 22:45:47 GMT

Page 1 of 3

 COUPON CODE: SALE15 get $50 off while orders over $500.

E-RIDES   PARTS   SUPPORT   ABOUT

  

| | |
|---|---|
| Motor | 3000W/BRUSHLESS |
| Battery | 72/20Ah (Lead-acid) |
| | 72V50Ah(Lithium-ion) |
| Range | 72V 20Ah (Lead-acid) : 25-30miles |
| | 72V 50Ah(Lithium-ion):60-70 Miles |
| Top Speed | 40MPH |
| Charging Time | Lead-acid Battery: 8-10 Hour Charging |
| | Lithium-ion Battery: 8-10 Hour Fast Charging |
| | (Will take 12 Hours if voltage is low ) |
| Battery Charger Type: | On Board |
| Payload Capacity | 400LB |
| Frame | High-Tensile Steel |
| Tires | Front 110/70/17cm | Rear 140/70/17cm |
| Brake | DISC/DISC |
| Dimension | Height: 44 inch |
| | Width: 30 inch |
| | Length: 78 inch |
| Net Weight | 348LB with 72V/20AH lead-acid battery |
| LED Headlight Taillight Turnsignal | YES |
| Rear-view Bike Mirror | YES |
| Charger | YES |
| Back Seat Step Pegs | YES |



Shop

Ebikes

Before shopping

FAQs

After

FAQs

LIVE CHAT

Document title: RZ | FLY E-BIKE
Capture URL: https://www.flyebike.com/product-page/rz
Capture timestamp (UTC): Mon, 25 Nov 2024 22:45:47 GMT

Page 2 of 3

| | |
|---|---|
| Dimension | Height: 44 inch<br>Width: 30 inch<br>Length: 78 inch |
| Net Weight | 348LB with 72V/20AH lead-acid battery |
| LED<br>Headlight<br>Taillight<br>Turnsignal | YES |
| Rear-view Bike Mirror | YES |
| Charger | YES |
| Back Seat Step Pegs | YES |



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**
Inquiry
Inspection
Parts Changing
Standard Maintenance
Towing

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Company**
Careers
Investor Relations
Media Center
Become a Dealer

Fly-E Group © 2024    All rights reserved.

USA

Page Vault

| | |
|---|---|
| Document title: | F-TC MAX SPOKE \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/tc-max-spoke |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:47:40 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:47:41 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | qvpNjrPo6gLW6cqY9bUNRV |
| Display Name: | andersonla |

PDF REFERENCE #:          tYd4C8JCvfDs5HSgtuXLzX

FREE SHIPPING on All NYC Orders

E-RIDES    PARTS    SUPPORT    ABOUT

Search



# F-TC MAX SPOKE

~~$4,370.00~~
## $3,059.00

Pay with Klarna

**Color: Black**

⬤

**Battery Option**

72V/45Ah Lithium-ion battery ⌄

**Quantity**

1

**Add to Cart**

**Buy Now**

---

**Specifications**    **Warranty**    **Return Policy**    **Shipping**

| | |
|---|---|
| L*W*H | 78x30x41 inch |
| Wheelbase | 53 inch |
| Ground Clearance | 8 inch |
| Seat Height | 35 inch |

FREE SHIPPING on all NYC Orders

E-RIDES  PARTS  SUPPORT  ABOUT

| | |
|---|---|
| Seat Height | 33 inch |
| Weight | 236 lbs |
| Max Speed | 59 mph |
| Charing time | 9 h |
| Rim | Fr.2.15x17/Rr.3.50x17 |
| Battery | 72V45Ah Lithium-ion battery |
| Input voltage charger | 220-240VAC |
| Input current charger | 72V/5Ah |
| Battery weight | 49 lbs |
| LED Headlight Taillight Turnsignal | YES |
| Rear-view Bike Mirror | YES |
| Charger | YES |
| Range | 58 Miles at 27 MPH average speed with 165 LBS driver. Actual distance range varies due to different conditions. |



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**
Inquiry
Inspection

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Company**
Careers
Investor Relations

| | |
|---|---|
| Input voltage charger | 120-240Vac |
| Input current charger | 72V/5Ah |
| Battery weight | 49 lbs |
| LED<br>Headlight<br>Taillight<br>Turnsignal | YES |
| Rear-view Bike Mirror | YES |
| Charger | YES |
| Range | 58 Miles at 27 MPH average speed with 165 LBS driver.<br>Actual distance range varies due to different conditions. |



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**
Inquiry
Inspection
Parts Changing
Standard Maintenance
Towing

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Company**
Careers
Investor Relations
Media Center
Become a Dealer

Fly-E Group © 2024     All rights reserved.

USA

| | |
|---|---|
| Document title: | Z6 \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/z6 |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:47:51 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:47:53 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | 7MoXzSe4kGYm3gaiHBrZrf |
| Display Name: | andersonla |

 FREE SHIPPING on All NYC Orders

E-RIDES    PARTS    SUPPORT    ABOUT        🔍 Search    👤    🛒 0

Home / Z6



# Z6

## $1,800.00

**Pay with Klarna**

**or 4 interest-free payments of $450.00 with** ✸sezzle  Learn More

FLY E-Bike designs and crafts the coolest electric scooters at unbeatable prices. Assembled in America and Read more

**Color**

🔵 🟠 ⚫ 🔴

**Battery Option**

| Select ▾ |
| --- |

**Quantity**

| 1 |
| --- |

| Add to Cart |
| --- |

| Buy Now |
| --- |

Specification    Warranty    Shipping    Return Policy

Features

Remote Key Fob
Alarm System
Front and Rear Suspension

 💬 LIVE CHAT

E-RIDES    PARTS    SUPPORT    ABOUT          Search          0

| | |
|---|---|
| | Full Lighting Package |
| | Arrives Fully Assembled |
| Motor | 2000W/BRUSHLESS |
| Battery | 72/32Ah (Lead-acid) |
| | 72V/45Ah (Lithium-ion) |
| | 72V50Ah (Lithium-ion) |
| | 72V55Ah(Lithium-ion) |
| Range | 72/32Ah (Lead-acid):30-35 Miles |
| | 72V/45Ah (Lithium-ion): 55-60miles |
| | 72V50Ah(Lithium-ion):60-70 Miles |
| | 72V55Ah(Lithium-ion):70-80 Miles |
| | (Mileage may vary depending on rider weight and road conditions) |
| Top Speed | 40MPH |
| Charging Time | Lead-acid Battery: 8-10 Hour Charging |
| | Lithium-ion Battery: 8-10 Hour Charging |
| | (Will take 12 Hours if voltage is low ) |
| Battery Charger Type: | On Board |
| Payload Capacity | 350LB |
| Frame | High-Tensile Steel |
| Tires | 5" x 14" |
| Brake | DISC/DISC |
| Dimension | 1830x850x970mm |
| Net Weight | 187LB with Battery |
| LED Headlight Taillight Turnsignal | YES |
| Rear-view Bike Mirror | YES |
| Charger | YES |
| Back Seat Step Pegs | YES |



LIVE CHAT

| | |
|---|---|
| Tires | 15 x 14 |
| Brake | DISC/DISC |
| Dimension | 1830x850x970mm |
| Net Weight | 187LB with Battery |
| LED Headlight Taillight Turnsignal | YES |
| Rear-view Bike Mirror | YES |
| Charger | YES |
| Back Seat Step Pegs | YES |



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**
Inquiry
Inspection
Parts Changing
Standard Maintenance
Towing

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Company**
Careers
Investor Relations
Media Center
Become a Dealer

Fly-E Group © 2024    All rights reserved.

USA

LIVE CHAT

Document title: Z6 | FLY E-BIKE
Capture URL: https://www.flyebike.com/product-page/z6
Capture timestamp (UTC): Mon, 25 Nov 2024 22:47:53 GMT

Page Vault

| | |
|---|---|
| Document title: | F-TC MAX ALLOY \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/tc-max-pre-order |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:49:45 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:49:46 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | qEKGxWQZUnzd1QVJYK7dhi |
| Display Name: | andersonla |

PDF REFERENCE #:        fcgFsy9V3cevyiTsNDZfTU






E-RIDES    PARTS    SUPPORT    ABOUT

Search    🔍    👤    🛒 ●



# F-TC MAX ALLOY

~~$4,170.00~~
## $2,919.00

_Pay with Klarna_

**Color: Black**

⚫

**Battery Option**

| 72V/45Ah Lithium-ion battery ⌄ |
|---|

**Quantity**

| 1 |
|---|

**Add to Cart**

**Buy Now**

Specifications    Warranty    Return Policy    Shipping

| | |
|---|---|
| L*W*H | 78x30x41 inch |
| Wheelbase | 53 inch |
| Ground Clearance | 8 inch |
| Seat Height | 35 inch |

🎯 💬 LIVE CHAT

| | |
|---|---|
| Seat Height | 35 inch |
| Weight | 236 lbs |
| Max Speed | 59 mph |
| Charing time | 9 h |
| Rim | Fr.2.15x17/Rr.3.50x17 |
| Battery | 72V45Ah Lithium-ion battery |
| Input voltage charger | 220-240VAC |
| Input current charger | 72V/5Ah |
| Battery weight | 49 lbs |
| LED Headlight Taillight Turnsignal | YES |
| Rear-view Bike Mirror | YES |
| Charger | YES |
| Back Seat Step Pegs | YES |



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**
Inquiry
Inspection
Parts Changing

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Company**
Careers
Invest
Media

LIVE CHAT

Document title: F-TC MAX ALLOY | FLY E-BIKE
Capture URL: https://www.flyebike.com/product-page/tc-max-pre-order
Capture timestamp (UTC): Mon, 25 Nov 2024 22:49:46 GMT

| | |
|---|---|
| Battery | 72V45Ah Lithium ion battery |
| Input voltage charger | 220-240VAC |
| Input current charger | 72V/5Ah |
| Battery weight | 49 lbs |
| LED Headlight Taillight Turnsignal | YES |
| Rear-view Bike Mirror | YES |
| Charger | YES |
| Back Seat Step Pegs | YES |



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**
Inquiry
Inspection
Parts Changing
Standard Maintenance
Towing

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Company**
Careers
Investor Relations
Media Center
Become a Dealer

Fly-E Group © 2024     All rights reserved.

USA
LIVE CHAT

**Page Vault**

| | |
|---|---|
| Document title: | Go-Fly \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/go-fly |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:49:46 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:49:48 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | ny5QM3ntGokbzZA7mvk7LQ |
| Display Name: | andersonla |

PDF REFERENCE #:          muqbaoWUaMHTdg5kj3iHue



Get 10% discount for each friend you invite!

E-RIDES    PARTS    SUPPORT    ABOUT

  Search 

Home / Go-Fly



# Go-Fly

## $1,280.00

**Pay with Klarna**

The <u>Go-Fly</u> model is street-legal and
one of the golden standards of
mopeds. It features blue-tooth
Read more

**Color**

 

**Quantity**

| 1 |

**Add to Cart**

**Buy Now**

---

**Specifications**   Warranty   Shipping   Refund Policy

| | |
|---|---|
| Motor | 750W |
| Battery | 48V/24Ah (Lithium-ion) |
| Range | 35-40 miles  (Mileage may vary depending on rider weight and road conditions) |
| Top Speed | 20 MPH |
| Charging Time | Lithium-ion Battery: 8 Hour Fast Charging |

LIVE CHAT

| | |
|---|---|
| Charging Time | Lithium-Ion Battery: 8 Hour Fast Charging (Will take 9 Hours if voltage is low) |
| Payload Capacity | 200LB |
| Net Weight | 175LB with Battery |
| Frame | Aluminum Alloy |
| Tires | Front: 2.75" x Rear:10" (Inches) |
| Brake | DISC/DISC |
| Dimension | 1800*540*1000mm |
| LED Headlight/Taillight/Turnsignal | Yes |
| Rear-view Bike Mirror | Yes |
| Charger | Yes |
| Back Seat Step Pegs | No |



**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024     All rights

LIVE CHAT

| | |
|---|---|
| Payload Capacity | 200LB |
| Net Weight | 175LB with Battery |
| Frame | Aluminum Alloy |
| Tires | Front: 2.75" x Rear:10" (Inches) |
| Brake | DISC/DISC |
| Dimension | 1800*540*1000mm |
| LED Headlight/Taillight/Turnsignal | Yes |
| Rear-view Bike Mirror | Yes |
| Charger | Yes |
| Back Seat Step Pegs | No |



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**
Inquiry
Inspection
Parts Changing
Standard Maintenance
Towing

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Company**
Careers
Investor Relations
Media Center
Become a Dealer

Fly-E Group © 2024    All rights reserved.

USA

**Page Vault**

| | |
|---|---|
| Document title: | Rain shoes cover \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/rain-shoes-cover |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:50:03 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:50:04 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | v6ZM5B5w2tQjEYc7yuJ2fR |
| Display Name: | andersonla |

PDF REFERENCE #:        rzMdkgEYW2XeymDczxogJ7



E-RIDES    PARTS    SUPPORT    ABOUT

Q Search

Home / Rain shoes cover



# Rain shoes cover

## $19.99

**Pay with Klarna**

or 4 interest-free payments of $5.00 with ● sezzle  Learn More

Handy Black Rain Weatherproof Shoe Covers

### Size

| Select | ∨ |

### Quantity

| 1 |

**Add to Cart**

**Buy Now**

| Size | Warranty | Shipping | Return Policy |

| L | XL | XXL |
| --- | --- | --- |
| SIZE: 7-8.5 | SIZE:9.5-11 | SIZE:12-13.5 |
| Length: 11.8" | Length: 12.6" | Length: 13.4" |



**Size**     Warranty     Shipping     Return Policy

| L | XL | XXL |
|---|---|---|
| SIZE: 7-8.5 | SIZE:9.5-11 | SIZE:12-13.5 |
| Length: 11.8" | Length: 12.6" | Length: 13.4" |



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**
Inquiry
Inspection
Parts Changing
Standard Maintenance
Towing

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Company**
Careers
Investor Relations
Media Center
Become a Dealer

Fly-E Group © 2024     All rights reserved.

🌐 USA

Page Vault

| | |
|---|---|
| Document title: | Electric Scooters \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/e-scooters |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:50:03 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:50:04 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | w4ccFcu5fTupF2qTiq8kJV |
| Display Name: | andersonla |

COUPON CODE: SN-E50 get $50 off when riders over $500.

E-RIDES    PARTS    SUPPORT    ABOUT        Search     



### S-1
$399.00
Pay with Klarna
**Add to Cart**



### KQi3 PRO
~~$799.00~~ $639.20
Pay with Klarna
**Add to Cart**



### KQi3 PRO MAX
~~$1,000.00~~ $800.00
Pay with Klarna
**Add to Cart**





**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024    All rights reserved.    🌐 USA

| | |
|---|---|
| Document title: | Become A Dealer \| Fly E-bike |
| Capture URL: | https://www.flyebike.com/partnership |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:50:48 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:50:49 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | 36PkbYoz7MLPJuXR1dKJ8d |
| Display Name: | andersonla |

PDF REFERENCE #:        tbe3cUg8dXYD88zaMaW2XT

Get a 5% Discount on a chill friend voucher :)



E-RIDES    PARTS    SUPPORT    ABOUT    Search         0



# We are looking for dealers across North America!

## Our Advantage

- Latest Designed Electric Bike Models.
- Abundant Supplies of Parts, Accessories and Related Products.
- Fast and Timely Order Fulfillment.
- Attractive Profit Margins
- Incomparable Wholesale Pricing Offered EXCLUSIVE for Eligible Dealers.
- Seamless Optional Pre-Assembly and Delivery.

## Dealer Qualification Requirements

- Must have physical store(s) of at least 800 sq. ft to distribute FLY E-BIKE's products.
- Must be legally authorized to sell products and service in your state.
- Must have liquid capital of at least $5,000
- Registered to do business in current state

## Apply & Inquiry

- Call **516-558-0000** for more information.
- Feel free to send us your application/message
  **form**.

 LIVE CHAT

Document title: Become A Dealer | Fly E-bike
Capture URL: https://www.flyebike.com/partnership
Capture timestamp (UTC): Mon, 25 Nov 2024 22:50:49 GMT






E-RIDES    PARTS    SUPPORT    ABOUT

**form**.

Name*

Phone*

Email*

Website

Business Name*

Position

Business Address*

Which FLY E-BIKE models are you interested in and why? *

Tell us your story, plans and goals in mind. *

Who do you use for retail financing?

How many square feet is your physical showroom? *

How did you hear about FLY E-BIKE? *

LIVE CHAT



How many square feet is your physical showroom? *

How did you hear about FLY E-BIKE ? *

**Apply Now**

**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**
Inquiry
Inspection
Parts Changing
Standard Maintenance
Towing

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Company**
Careers
Investor Relations
Media Center
Become a Dealer

Fly-E Group © 2024    All rights reserved.

🌐 USA

💬 LIVE CHAT

Page Vault

| | |
|---|---|
| Document title: | F-TC MAX ALLOY \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/tc-max-alloy |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:51:38 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:51:40 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | 3y8wTFM1nZn3fpBtbSTM9D |
| Display Name: | andersonla |

PDF REFERENCE #:          mxREMMBqSoDCBEBK8mdVJw

FREE SHIPPING On All NYC Orders

E-RIDES    PARTS    SUPPORT    ABOUT



Search



# F-TC MAX ALLOY

~~$4,170.00~~

## $2,919.00

Pay with Klarna

**Color: Black**

⬤

**Battery Option**

72V/45Ah Lithium-ion battery ⌄

**Quantity**

1

**Add to Cart**

**Buy Now**

Specifications    Warranty    Return Policy    Shipping

| | |
|---|---|
| L*W*H | 78x30x41 inch |
| Wheelbase | 53 inch |
| Ground Clearance | 8 inch |
| Seat Height | 35 inch |



FREE SHIPPING On All NYC Orders

E-RIDES    PARTS    SUPPORT    ABOUT        Search        

| | |
|---|---|
| Seat Height | 33 inch |
| Weight | 236 lbs |
| Max Speed | 59 mph |
| Charing time | 9 h |
| Rim | Fr.2.15x17/Rr.3.50x17 |
| Battery | 72V45Ah Lithium-ion battery |
| Input voltage charger | 220-240VAC |
| Input current charger | 72V/5Ah |
| Battery weight | 49 lbs |
| LED Headlight Taillight Turnsignal | YES |
| Rear-view Bike Mirror | YES |
| Charger | YES |
| Back Seat Step Pegs | YES |



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**
Inquiry
Inspection
Parts Changing

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Company**
Careers
Investor Relations
Media Center

| Battery | 72v45Ah Lithium ion Battery |
| --- | --- |
| Input voltage charger | 220-240VAC |
| Input current charger | 72V/5Ah |
| Battery weight | 49 lbs |
| LED Headlight Taillight Turnsignal | YES |
| Rear-view Bike Mirror | YES |
| Charger | YES |
| Back Seat Step Pegs | YES |



**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024    All rights reserved.

🌐 USA

Page Vault

| | |
|---|---|
| Document title: | RZ \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/rz-green-edition |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:51:44 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:51:45 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 2 |
| Capture ID: | f3sgMQ5sgSPHwPbcToVPSc |
| Display Name: | andersonla |



COUPON CODE: S: Y get $50 off when order over $500

E-RIDES    PARTS    SUPPORT    ABOUT


Widget Didn't Load
Check your internet and refresh
this page.
If that doesn't work, contact us.

**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**Company**

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024      All rights
reserved.

🌐 USA



Page Vault

| | |
|---|---|
| Document title: | Raincoat suit \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/raincoat-suit |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:51:57 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:51:59 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | 3cTgswPzAMKBzT5kJT5r94 |
| Display Name: | andersonla |

PDF REFERENCE #:    dkkp6onba7ix1VAUJLRNWV


FREE SHIPPING On All NYC Orders

E-RIDES    PARTS    SUPPORT    ABOUT     Search  





# Raincoat suit

## $14.99

**Pay with Klarna**

Our raincoats are made of waterproof
materials that effectively prevent
rainwater from penetrating.

**Color**

**Quantity**

| 1 |

**Add to Cart**

**Buy Now**

| Size | Warranty | Shipping | Return Policy |
|---|---|---|---|

| Size | one size |
|---|---|
| Chest | 34 in |
| Pants length | 73in |
| Waist | 34in |
| model reference | Chest–38in Waist–31in Hip–38in |

Size    Warranty    Shipping    Return Policy

| | |
|---|---|
| Size | one size |
| Chest | 34 in |
| Pants length | 73in |
| Waist | 34in |
| model reference | Chest–38in<br>Waist–31in<br>Hip–38in |



**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024    All rights reserved.

🌐 USA

**Page Vault**

| | |
|---|---|
| Document title: | Electric Bicycles \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/e-bikes |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:52:07 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:52:08 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | mb4RcXZaxkJt6HinuvSZhg |
| Display Name: | andersonla |



E-RIDES    PARTS    SUPPORT    ABOUT        Search         0

 Hot Selling



FLY-2

$950.00 $760.00

 Pay with Klarna

Add to Cart

New Arrival



AIR-1

$499.00

Pay with Klarna

Add to Cart

On Sale



FLY-11 PRO

$1,699.00

Pay with Klarna

Add to Cart

Restocked



FLY-11 Red Edition

$1,999.00 $1,750.00

Pay with Klarna

Add to Cart

Restocked



AIR-2

$1,000.00 $850.00

Pay with Klarna

Out of Stock

New Arrival



Leopard

$1,700.00 $1,300.00

Pay with Klarna

Add to Cart

New Arrival



 LIVE CHAT

Document title: Electric Bicycles | FLY E-BIKE
Capture URL: https://www.flyebike.com/e-bikes
Capture timestamp (UTC): Mon, 25 Nov 2024 22:52:08 GMT

Page 1 of 2

**New Arrival**



### Rhino

~~$1,650.00~~ $1,300.00

Pay with Klarna

**Add to Cart**



**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024    All rights reserved.

USA

LIVE CHAT

**Page Vault**

| | |
|---|---|
| Document title: | FLY E-BIKEhttps://www.flyebike.com/account/my-orders |
| Capture URL: | https://www.flyebike.com/account/my-orders |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:52:39 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:52:40 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 2 |
| Capture ID: | mejDZ69hGC3PSAw1RZGUH5 |
| Display Name: | andersonla |

PDF REFERENCE #:        c1gNj7TYzxLh1av3hREVmb

# Sign Up

**Already a member?** Log In



PageVault

| | |
|---|---|
| Document title: | F-TC | FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/f-tc |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:53:39 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:53:41 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | am4Y7WvgaKGLdrKg9oNPRA |
| Display Name: | andersonla |

PDF REFERENCE #:          htgEyUdDvAoemZEojEhC8w

   

E-RIDES    PARTS    SUPPORT    ABOUT

Search



## F-TC

~~$3,300.00~~
$2,310.00

Pay with Klarna

The F-TC requires riders to hold a valid
motorcycle license to legally operate
on public roads in the United States.

**Color**

**Battery Option**

Select

**Quantity**

1

**Add to Cart**

**Buy Now**

Specifications    Warranty    Return Policy    Shipping

| Model | F-TC |
|---|---|
| Battery | 60V/30Ah Lithium-ion battery |
| Charger Input Voltage | 220-240 VAC |

| Charger Input Voltage | 220-240 VAC |
| Charger Input Current | 60V/4Ah |
| Charing time | 8 h |
| Max speed | 38 mph |
| Weight | 190 lbs |
| LxWxH | 76 x 28 x 43 inch |
| Wheelbase | 52 inch |
| Ground Clearance | 8 inch |
| Seat Height | 35 inch |



**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024     All rights reserved.

🌐 USA

PageVault

| | |
|---|---|
| Document title: | Fly E-Bike Hoodie \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/hoodie |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:53:56 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:53:58 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | 9Z3jXk1PejKhRqCC7hMr92 |
| Display Name: | andersonla |

PDF REFERENCE #:        1mJA41QXnDLkSoGxrp8WnR

 FREE SHIPPING On All NYC Orders

E-RIDES    PARTS    SUPPORT    ABOUT

Search

Home / Fly E-Bike Hoodie





# Fly E-Bike Hoodie

## $59.00

**Pay with Klarna**

FLYEBIKE's exclusive warm hoodie.

**Color**

**Size**

Select

**Quantity**

1

Add to Cart

Buy Now

Shipping    Return Policy

FLY E-BIKE works with reliable professional auto/bike transport companies to ensure your order arrives at your door timely and safely. Your ebike/scooter will be delivered within 4-6 business days after your order is received, including pre-order items. To place an order online, enter a U.S.-eligible delivery address. (Note that We Only Ship To The 48 Continental United States). We offer free shipping on eligible orders and selected Tri-State zip codes.





Quantity

1

**Add to Cart**

**Buy Now**

**Shipping**    **Return Policy**

FLY E-BIKE works with reliable professional auto/bike transport companies to ensure your order arrives at your door timely and safely. Your ebike/scooter will be delivered within 4-6 business days after your order is received, including pre-order items. To place an order online, enter a U.S.-eligible delivery address. (Note that We Only Ship To The 48 Continental United States) We offer free shipping on eligible orders and selected Tri-State zip codes.



**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024     All rights reserved.

🌐 USA

**Page Vault**

| | |
|---|---|
| Document title: | Electric Motorcycle \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/e-motorcycle |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:54:04 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:54:05 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | vrHT6ipJycZo98X91RdwEM |
| Display Name: | andersonla |

PDF REFERENCE #:    96hUdt1KJZwBgdr3To5Vi6



E-RIDES   PARTS   SUPPORT   ABOUT

Search

  

Coupon code: SALE50

# Get $50 Off $500+

Shop Now



## *FREE SHIPPING On All NYC Orders*

## Filter By

**Price** —

$960.00          $3,059.00

**Color** +

**Battery Option** +

**Off-Roading Models** +

**Street Legal Models** +



New Arrival

### EK-PRO
$2,999.00
Pay with Klarna

Battery Option ⌄

**Pre-Order**



Restocked   UL

### FLY-7
~~$1,200.00~~ $960.00
Pay with Klarna

Battery Option ⌄

**Add to Cart**



Restocked

### FLY-9
~~$1,399.00~~ $979.30
Pay with Klarna

Battery Option ⌄

**Add to Cart**



On Sale



Restocked



New Arrival

LIVE CHAT



**F-10 UFO**

~~$1,299.00~~ $1,039.20

Pay with Klarna

**RZ**

~~$2,200.00~~ $1,760.00

Pay with Klarna

**Z6**

$1,800.00

Pay with Klarna

Battery Option

**Add to Cart**

Out of Stock

Battery Option

**Add to Cart**

Best Seller

New Arrival

New Arrival

**DY-VNM SL**

~~$1,900.00~~ $1,330.00

Pay with Klarna

**Go-Fly**

$1,280.00

Pay with Klarna

**F-TC MAX SPOKE**

~~$4,370.00~~ $3,059.00

Pay with Klarna

Battery Option

**Add to Cart**

Battery Option

**Add to Cart**

**Add to Cart**

Hot Selling

New Arrival

LIVE CHAT



**F-TC MAX ALLOY**

~~$4,170.00~~ $2,919.00

Pay with Klarna

Battery Option ▾

Add to Cart

**F-TC**

~~$3,300.00~~ $2,310.00

Pay with Klarna

Battery Option ▾

Add to Cart



**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024        All rights reserved.

🌐 USA

💬 LIVE CHAT

Document title: Electric Motorcycle | FLY E-BIKE
Capture URL: https://www.flyebike.com/e-motorcycle
Capture timestamp (UTC): Mon, 25 Nov 2024 22:54:05 GMT

Page Vault

| | |
|---|---|
| Document title: | Cart Page \| FLY E-BIKEhttps://www.flyebike.com/cart |
| Capture URL: | https://www.flyebike.com/cart |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:54:46 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:54:47 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | mSRCnYjSdDDhpJEWXxmXtL |
| Display Name: | andersonla |

PDF REFERENCE #:        fbhktKATMXbg2uHaot1yhb



E-RIDES    PARTS    SUPPORT    ABOUT

Search

# FLY E-BIKE


Continue Shopping

## SHOPPING CART

### Cart is empty

**Continue Browsing**

*Elevate Your Ride*





**Shop**
Ebikes
Escooter

**Before shopping**
FAQs
Compare

**After shopping**
FAQs
Track

LIVE CHAT



*Elevate Your Ride*

**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024     All rights reserved.

🌐 USA

💬 LIVE CHAT

Page Vault

| | |
|---|---|
| Document title: | ELECTRIC AIR PUMP \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/electric-air-pump |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:55:42 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:55:43 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | 2rryvAyg5bzYwsqrubC7ND |
| Display Name: | andersonla |

PDF REFERENCE #:          cgytmipQyV5vJWkc4HyzkS

  COUPON CODE: SAVE50, get $50 off when orders over $500  

E-RIDES    PARTS    SUPPORT    ABOUT

Search



# ELECTRIC AIR PUMP

SKU: 2125010001

## $65.00

**Pay with Klarna**

Portable & Lightweight: Compact
design allows for easy storage and
transport, making it ideal for on-the-go

**Quantity**

1

Add to Cart

Buy Now



**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers

Investor Relations



$65.00

Pay with Klarna

Portable & Lightweight: Compact
design allows for easy storage and
transport, making it ideal for on-the-go

**Quantity**

1

**Add to Cart**

**Buy Now**



**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024    All rights
reserved.

🌐 USA

**Page Vault**

| | |
|---|---|
| Document title: | F-10 UFO \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/f-10-red |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:55:45 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:55:46 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | 8wyQXwSCMT2KBF4pzFQPyM |
| Display Name: | andersonla |

PDF REFERENCE #:        dTKY69hec4doJEvpuiMbN4



COUPON CODE: SHOPY50 get $50 off when orders over $500



E-RIDES          PARTS          SUPPORT          ABOUT          🔍 Search          👤          🛒 0

Home / F-10 UFO



# F-10 UFO

SKU: F-10

~~$1,299.00~~
## $1,039.20

Pay with Klarna

or 4 interest-free payments of $259.80
with 🟣 sezzle  Learn More

For all the customer who wants to
order the F-10 UFO model with a
60v50ah lithium battery, we need to cut
Read more

**Color**

⚫ 🔴 🔵

**Battery Option**

| Select                    ⌄ |

**Quantity**

| 1 |

**Add to Cart**

**Buy Now**



Specification    Warranty    Shipping    Return Policy    Currently Unavailable Pick Up In MA Store

Features                              Remote Key Fob

COUPON CODE: SPEND $50 and get $50 off when ordered over $500

E-RIDES    PARTS    SUPPORT    ABOUT                Search    👤    🛒 0

| Features | Remote Key Fob |
| --- | --- |
| | Alarm System |
| | USB Phone Charging Port |
| | Lockable Under-Seat Storage |
| | Front and Rear Hydraulic Suspension |
| | Full Lighting Package |
| | Arrives Fully Assembled |
| Motor | 2000W/BRUSHLESS |
| Battery | 60V20AH Lead Acid |
| | 60V/28Ah Lithium Ion |
| | 60V/50Ah Lithium Ion |
| Range | 60V20AH Lead Acid : 25-30 Miles |
| | 60V/28Ah Lithium Ion : 30-40 Miles |
| | 60V/50Ah Lithium Ion  : 55-60 Miles |
| | (Mileage may vary depending on rider weight and road conditions) |
| Top Speed | 35MPH |
| Charging Time | Lithium-ion Battery: 8-10 Hour Fast Charging |
| | (Will take 12 Hours if voltage is low ) |
| Battery Charger Type: | On Board |
| Payload Capacity | 400LB |
| Tires | 4.5" x 12" |
| Brake | DISC/DISC |
| Dimension | 1900mm x 700mm x 1100mm |
| Net Weight | 245lb with 60V/28Ah Lithium Ion Battery |
| LED Headlight Taillight Turnsignal | Yes |
| Rear-view Bike Mirror | Yes |
| Charger | Yes |





| | |
|---|---|
| Payload Capacity | 400LB |
| Tires | 4.5" x 12" |
| Brake | DISC/DISC |
| Dimension | 1900mm x 700mm x 1100mm |
| Net Weight | 245lb with 60V/28Ah Lithium Ion Battery |
| LED Headlight Taillight Turnsignal | Yes |
| Rear-view Bike Mirror | Yes |
| Charger | Yes |



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**
Inquiry
Inspection
Parts Changing
Standard Maintenance
Towing

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Company**
Careers
Investor Relations
Media Center
Become a Dealer

Fly-E Group © 2024    All rights reserved.

USA

| | |
|---|---|
| Document title: | MOTORCYCLE GLOVE \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/motorcycle-glove |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:57:43 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:57:45 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | 19au5gRFRyktcnLnrdsCVs |
| Display Name: | andersonla |

PDF REFERENCE #:    rDzjm2y5nzqrsdafdj5suC

  COUPON CODE: SPEED50, get $50 off when riders over $500

E-RIDES    PARTS    SUPPORT    ABOUT        Search        🛒 0

Home / MOTORCYCLE GLOVE



# MOTORCYCLE GLOVE

## $35.00

**Pay with Klarna**

or 4 interest-free payments of $8.75
with **Klarna.** Learn More

or 4 interest-free payments of $8.75
with ◆ sezzle  Learn More

MEN SIZE

**Size**

| Select | ⌄ |

**Quantity**

| 1 |

| Add to Cart |

| Buy Now |



Shop

Ebikes

Escooter

Emotorcycle

Replacement Parts

Before shopping

FAQs

Compare

Return policy

Test Rides

Shipping

After shopping

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

Document title: MOTORCYCLE GLOVE | FLY E-BIKE
Capture URL: https://www.flyebike.com/product-page/motorcycle-glove
Capture timestamp (UTC): Mon, 25 Nov 2024 22:57:45 GMT

Page 1 of 2



MEN SIZE

**Size**

Select

**Quantity**

1

Add to Cart

Buy Now

with 💜 sezzle Learn More



**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024      All rights reserved.      🌐 USA

| | |
|---|---|
| Document title: | Shop \| FLY E-BIKEhttps://www.flyebike.com/shop |
| Capture URL: | https://www.flyebike.com/shop |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:58:02 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:58:03 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | 2ndLQq6XAQ6HKLqSw9MvCc |
| Display Name: | andersonla |

PDF REFERENCE #:        h876gZzxTKR4M86rGUcFDw



E-RIDES    PARTS    SUPPORT    ABOUT        🔍 Search    👤    🛒 0



**New Arrival**

**ELECTRIC AIR PUMP**

$65.00

Pay with Klarna



**Hot Selling**

**FLY-2**

$950.00 $760.00

Pay with Klarna



**New Arrival**

**AIR-1**

$499.00

Pay with Klarna



**MOTORCYCLE GLOVE**

$35.00

Pay with Klarna



**F9 FOOT MAT**

$10.00

Pay with Klarna



**Z6/DY THROTTLE**

$75.00

Pay with Klarna



**FLY-11 BIKE PEDAL**

$35.00

Pay with Klarna



**New Arrival**

**EK-PRO**

$2,999.00

Pay with Klarna



**New Arrival**

**S-1**

$399.00

Pay with Klarna



**New Arrival**

**KQi3 PRO**

$799.00 $639.20

Pay with Klarna



**New Arrival**

**KQi3 PRO MAX**

$1,000.00 $800.00

Pay with Klarna



**On Sale**

**FLY-11 PRO**

$1,699.00

Pay with Klarna



**New Arrival**

**New Arrival**

**New Arrival**

**Restocked**



💬 LIVE CHAT



E-RIDES  PARTS  SUPPORT  ABOUT



**Rain shoes cover**
$19.99
Pay with Klarna



**Raincoat suit**
$14.99
Pay with Klarna



**Fly E-Bike Hoodie**
$59.00
Pay with Klarna



**FLY-7**
~~$1,200.00~~ $960.00
Pay with Klarna

New Arrival



**F-TC MAX SPOKE**
~~$4,370.00~~ $3,059.00
Pay with Klarna

Hot Selling



**F-TC MAX ALLOY**
~~$4,170.00~~ $2,919.00
Pay with Klarna

New Arrival



**F-TC**
~~$3,300.00~~ $2,310.00
Pay with Klarna

Best Seller



**DY-VNM SL**
~~$1,900.00~~ $1,330.00
Pay with Klarna

Load More



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

   

**Service**
Inquiry
Inspection
Parts Changing
Standard Maintenance
Towing

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

**Company**
Careers
Investor Relations
Media Center
Becor

 

Document title: Shop | FLY E-BIKEhttps://www.flyebike.com/shop
Capture URL: https://www.flyebike.com/shop
Capture timestamp (UTC): Mon, 25 Nov 2024 22:58:03 GMT

Page 2 of 3

$19.99    $19.99    $19.99    $19.99

Pay with Klarna    Pay with Klarna    Pay with Klarna    Pay with Klarna

  New Arrival
  Hot Selling
  New Arrival
  Best Seller

**F-TC MAX SPOKE**    **F-TC MAX ALLOY**    **F-TC**    **DY-VNM SL**

~~$4,370.00~~ $3,059.00    ~~$4,170.00~~ $2,919.00    ~~$3,300.00~~ $2,310.00    ~~$1,900.00~~ $1,330.00

Pay with Klarna    Pay with Klarna    Pay with Klarna    Pay with Klarna

Load More



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**
Inquiry
Inspection
Parts Changing
Standard Maintenance
Towing

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Company**
Careers
Investor Relations
Media Center
Become a Dealer

Fly-E Group © 2024    All rights reserved.

USA
LIVE CHAT

PageVault

| | |
|---|---|
| Document title: | F-11 Inner Tube | FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/f-11-inner-tube |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:58:07 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:58:08 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | uryyMuuGkNtEwfJCDdVWmt |
| Display Name: | andersonla |

PDF REFERENCE #:          pVeqarTcv1DHMhcFEX2XaC



E-RIDES    PARTS    SUPPORT    ABOUT



Search





Home / F-11 Inner Tube



# F-11 Inner Tube

## $25.00

**Pay with Klarna**

or 4 interest-free payments of $6.25 with ● sezzle  Learn More

Quantity

| 1 |

**Add to Cart**

**Buy Now**







**$25.00**

Pay with Klarna

or 4 interest-free payments of $6.25
with ● sezzle  Learn More

**Quantity**

1

**Add to Cart**

**Buy Now**



## Shop

Ebikes

Escooter

Emotorcycle

Replacement Parts

## Service

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

## Before shopping

FAQs

Compare

Return policy

Test Rides

Shipping

## Contact

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

## After shopping

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

## Company

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024      All rights
reserved.

🌐 USA

💬 LIVE CHAT

Document title: F-11 Inner Tube | FLY E-BIKE
Capture URL: https://www.flyebike.com/product-page/f-11-inner-tube
Capture timestamp (UTC): Mon, 25 Nov 2024 22:58:08 GMT

| | |
|---|---|
| Document title: | F9 FOOT MAT \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/f9-foot-mat |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:59:38 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:59:39 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | jb9ccLqDjb5BmTYWW2M6hT |
| Display Name: | andersonla |

PDF REFERENCE #:     wsR5jqQchdqmooTCrYaTg3

 FREE SHIPPING On All NYC Orders

**E-RIDES**    **PARTS**    **SUPPORT**    **ABOUT**



Search

 



## F9 FOOT MAT

SKU: 2107030001

## $10.00

Pay with Klarna

Quantity

1

Add to Cart

Buy Now





**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers

Investor Relations

Media Center



SKU: 2107030001

## $10.00

**Pay with Klarna**

Quantity

1

Add to Cart

Buy Now



**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024    All rights reserved.

USA

**Page Vault**

| | |
|---|---|
| Document title: | KQi3 PRO MAX \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/kqi3-pro-scooter |
| Page loaded at (UTC): | Mon, 25 Nov 2024 22:59:42 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 22:59:44 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 2 |
| Capture ID: | hvTQ9BAGhcAEgapQDFLZ3a |
| Display Name: | andersonla |

PDF REFERENCE #:        ixjZL2KsFFaixymfq8QGfH



COUPON CODE: SP - get $50 off when orders over $500

**E-RIDES**    **PARTS**    **SUPPORT**    **ABOUT**





Search


Widget Didn't Load
Check your internet and refresh
this page.
If that doesn't work, contact us.



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**
Inquiry
Inspection
Parts Changing
Standard Maintenance
Towing

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Company**
Careers
Investor Relations
Media Center
Become a Dealer

Fly-E Group © 2024    All rights
reserved.

🌐 USA



Page Vault

| | |
|---|---|
| Document title: | FLY-11 Brake Lever Pair \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/parts-6 |
| Page loaded at (UTC): | Mon, 25 Nov 2024 23:00:04 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 23:00:05 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | nMfvB9TbbHnr6H4q2cZykM |
| Display Name: | andersonla |

PDF REFERENCE #:          e9gkgeD5KMyTvCtZ5ZxLDM



**E-RIDES**   **PARTS**   **SUPPORT**   **ABOUT**

Home / FLY-11 Brake Lever Pair



# FLY-11 Brake Lever Pair

## $130.00

**Pay with Klarna**

or 4 interest-free payments of $32.50 with **Klarna.** Learn More

or 4 interest-free payments of $32.50 with **sezzle** Learn More

Quantity

1

**Add to Cart**

**Buy Now**



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**
Inquiry

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**
Email: support@flyebike.com

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Comp**
Care

LIVE CHAT



Pay with Klarna

or 4 interest-free payments of $32.50
with Klarna. Learn More

or 4 interest-free payments of $32.50
with sezzle Learn More

**Quantity**

1

**Add to Cart**

**Buy Now**



**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024     All rights reserved.

🌐 USA

💬 LIVE CHAT

Page Vault

| | |
|---|---|
| Document title: | Product Page | FLY E-BIKEhttps://www.flyebike.com/product-page/rhino |
| Capture URL: | https://www.flyebike.com/product-page/rhino |
| Page loaded at (UTC): | Mon, 25 Nov 2024 23:00:49 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 23:00:50 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | 9472gLesSRLcG8FPXsCJG1 |
| Display Name: | andersonla |

PDF REFERENCE #:          xsDBKoMQeRuXiYBQGTLwPP



E-RIDES    PARTS    SUPPORT    ABOUT

    Search        


Widget Didn't Load
Check your internet and refresh
this page.
If that doesn't work, contact us.



**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Comp**

Caree

LIVE CHAT

**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024     All rights reserved.

🌐 USA

💬 LIVE CHAT

**Page Vault**

| | |
|---|---|
| Document title: | KQi3 PRO \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/kqi3 |
| Page loaded at (UTC): | Mon, 25 Nov 2024 23:01:38 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 23:01:40 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | wdALb4H1k7E67iMyB3eKD3 |
| Display Name: | andersonla |

PDF REFERENCE #:        8pXMeANL3A1E4rLmuW2pAk

 FREE SHIPPING On All NYC Orders

E-RIDES    PARTS    SUPPORT    ABOUT        Search     



# KQi3 PRO

~~$799.00~~ **$639.20**

Pay with Klarna

**Color**

● ●

**Quantity**

1

**Add to Cart**

**Buy Now**

**Specifications**    **Warranty**    **Shipping**    **Return Policy**

| | |
|---|---|
| ModeK | KQi3 Pro |
| Battery | 48V10AH lithium battery |
| Motor Power | Rated Power 450W |
| Max speed | 20Mph |
| Range | 31miles |
| Climbing Ability | 25% hill grade climbing ability |
| Max Rider Weight | 265lbs |

LIVE CHAT

   

E-RIDES     PARTS     SUPPORT     ABOUT

| | |
|---|---|
| Min Rider Age | 14+ |
| Vehicle Weight(inc.battery) | 44.75lbs |
| Speed mode | 4 modes: E-Save / Sport / Custom / Pedestrian |
| Lights | Front & Rear LED / Side reflectors |
| Brakes | Dual Disc Brake (Front & Rear) + Regenerative braking |
| Waterproof | IP54 |
| Charge time | Approx 6h |
| Wheel Size | 9.5" |
| Rated Power | 350W |
| Max Power | 700W |
| Assemble | *Available for NYC & NJ Orders Only |

Orders shipped via UPS will be packaged in a box(unassembled) for shipping.



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**
Inquiry
Inspection
Parts Changing
Standard Maintenance

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Company**
Careers
Investor Relations
Media

LIVE CHAT

| | |
|---|---|
| Lights | Front & Rear LED / Side reflectors |
| Brakes | Dual Disc Brake (Front & Rear) + Regenerative braking |
| Waterproof | IP54 |
| Charge time | Approx 6h |
| Wheel Size | 9.5" |
| Rated Power | 350W |
| Max Power | 700W |
| Assemble | *Available for NYC & NJ Orders Only |
| | Orders shipped via UPS will be packaged in a box(unassembled) for shipping. |



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**
Inquiry
Inspection
Parts Changing
Standard Maintenance
Towing

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Company**
Careers
Investor Relations
Media Center
Become a Dealer

Fly-E Group © 2024    All rights reserved.

USA

LIVE CHAT

**Page Vault**

| | |
|---|---|
| Document title: | FLY-7 \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/fly-7-street-legal-1 |
| Page loaded at (UTC): | Mon, 25 Nov 2024 23:01:45 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 23:01:47 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | c5ZAdCpk34Atfp6XfYvnnA |
| Display Name: | andersonla |



E-RIDES    PARTS    SUPPORT    ABOUT        🔍 Search    👤    🛒 0

Home / FLY-7



(UL)

## FLY-7

~~$1,200.00~~
### $960.00

**Pay with Klarna**

or 4 interest-free payments of $240.00
with **Klarna.** Learn More

or 4 interest-free payments of $240.00
with 🔷sezzle Learn More

For all the customer who wants to
order the FLY-7 model with a 60v50ah
lithium battery, we need to cut the
Read more

**Color**

⚫ 🔴 🔵

**Battery Option**

| Select ⌄ |
| --- |

**Quantity**

| 1 |
| --- |

**Add to Cart**

**Buy Now**

Specification    Warranty    Shipping    Return Policy

 💬 LIVE CHAT



| | |
|---|---|
| Features | Remote Key Fob |
| | Alarm System |
| | Lockable Under-Seat Storage |
| | Front and Rear Suspension |
| | Full Lighting Package |
| | Arrives Fully Assembled |
| Motor | 1500W/BRUSHLESS |
| Battery | 60V/20Ah Lead-acid battery |
| | 60V/50Ah Lithium-ion battery |
| | 60V/55Ah Lithium Ion Battery |
| Range | 60/20Ah (Lead-acid) : 20-25miles |
| | 60V/50Ah (Lithium-ion): 55-65miles |
| | 60V/55Ah (Lithium-ion): 60-70miles |
| | (Mileage may vary depending on rider weight and road conditions) |
| Top Speed | 30MPH |
| Charging Time | Lead-acid Battery: 8-10 Hour Charging |
| | Lithium-ion Battery: 8-10 Hour Fast Charging |
| | (Will take 12 Hours if voltage is low ) |
| Payload Capacity | 350LB |
| Brake | DISC/DISC |
| Tires | 10x3.0" |
| Headlight | YES |
| Taillight | YES |
| Turnsignal | YES |
| Rear-view Bike Mirror | YES |
| Charger | YES |
| Back Seat Step Pegs | YES |



LIVE CHAT

Document title: FLY-7 | FLY E-BIKE
Capture URL: https://www.flyebike.com/product-page/fly-7-street-legal-1
Capture timestamp (UTC): Mon, 25 Nov 2024 23:01:47 GMT

| | |
|---|---|
| Brake | DISC/DISC |
| Tires | 10x3.0" |
| Headlight | YES |
| Taillight | YES |
| Turnsignal | YES |
| Rear-view Bike Mirror | YES |
| Charger | YES |
| Back Seat Step Pegs | YES |



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**
Inquiry
Inspection
Parts Changing
Standard Maintenance
Towing

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Company**
Careers
Investor Relations
Media Center
Become a Dealer

Fly-E Group © 2024     All rights reserved.

🌐 USA

💬 LIVE CHAT

Page Vault

| | |
|---|---|
| Capture URL: | https://www.flyebike.com/product-page/parts-7 |
| Page loaded at (UTC): | Mon, 25 Nov 2024 23:01:59 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 23:02:00 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 2 |
| Capture ID: | nBRSozu2Ys7uqUxY7Zb93q |
| Display Name: | andersonla |

PDF REFERENCE #:     cWXypxtbjccWwgdaNXHhka



| | |
|---|---|
| Document title: | 404 Error Page \| FLY E-BIKEhttps://www.flyebike.com/error404 |
| Capture URL: | https://www.flyebike.com/error404 |
| Page loaded at (UTC): | Mon, 25 Nov 2024 23:02:11 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 23:02:13 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | ruvNG4cRFCXnGS83QZ3x8F |
| Display Name: | andersonla |

PDF REFERENCE #:    aYXSYnfvcn5M3dxpNmh8o2



FREE SHIPPING On All NYC Orders

E-RIDES    PARTS    SUPPORT    ABOUT



Search

 



# This page isn't ready yet.

We're working hard on it, please check back in a few days.

Go to Homepage



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

LIVE CHAT



ready yet.

We're working hard on it, please check back in a few days.

Go to Homepage



**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024    All rights reserved.

USA

LIVE CHAT

PageVault

| | |
|---|---|
| Document title: | FLY-7 \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/fly-7 |
| Page loaded at (UTC): | Mon, 25 Nov 2024 23:02:55 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 23:02:56 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | vdkwYNQY17fJaf2mjt6ojm |
| Display Name: | andersonla |

PDF REFERENCE #:        9hic5EZ4pFqhzSvb4jSuYy



E-RIDES   PARTS   SUPPORT   ABOUT

FREE SHIPPING On All NYC Orders

Search



(UL)

## FLY-7

~~$1,200.00~~
**$960.00**

Pay with Klarna

For all the customer who wants to order the FLY-7 model with a 60v50ah lithium battery, we need to cut the

**Color**
⚫ 🔴 🔵

**Battery Option**
Select ⌄

**Quantity**
1

**Add to Cart**

**Buy Now**

Specification   Warranty   Shipping   Return Policy

Features

Remote Key Fob
Alarm System
Lockable Under-Seat Storage
Front and Rear Suspension
Full Lighting Package

💬 LIVE CHAT

COUPON CODE: SP15 $50 get $50 off when order over $500



E-RIDES    PARTS    SUPPORT    ABOUT



Search

 

Full Lighting Package
Arrives Fully Assembled

| | |
|---|---|
| Motor | 1500W/BRUSHLESS |
| Battery | 60V/20Ah Lead-acid battery<br>60V/50Ah Lithium-ion battery<br>60V/55Ah Lithium Ion Battery |
| Range | 60/20Ah (Lead-acid) : 20-25miles<br>60V/50Ah (Lithium-ion): 55-65miles<br>60V/55Ah (Lithium-ion): 60-70miles<br>(Mileage may vary depending on rider weight and road conditions) |
| Top Speed | 30MPH |
| Charging Time | Lead-acid Battery: 8-10 Hour Charging<br>Lithium-ion Battery: 8-10 Hour Fast Charging<br>(Will take 12 Hours if voltage is low ) |
| Payload Capacity | 350LB |
| Brake | DISC/DISC |
| Tires | 10x3.0" |
| Headlight | YES |
| Taillight | YES |
| Turnsignal | YES |
| Rear-view Bike Mirror | YES |
| Charger | YES |
| Back Seat Step Pegs | YES |

Shop
Ebikes

Before shopping
FAQs

After
FAQs

LIVE CHAT

| Brake | DISC/DISC |
|---|---|
| Tires | 10x3.0" |
| Headlight | YES |
| Taillight | YES |
| Turnsignal | YES |
| Rear-view Bike Mirror | YES |
| Charger | YES |
| Back Seat Step Pegs | YES |



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**
Inquiry
Inspection
Parts Changing
Standard Maintenance
Towing

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Company**
Careers
Investor Relations
Media Center
Become a Dealer

Fly-E Group © 2024    All rights reserved.

USA
LIVE CHAT

Document title: FLY-7 | FLY E-BIKE
Capture URL: https://www.flyebike.com/product-page/fly-7
Capture timestamp (UTC): Mon, 25 Nov 2024 23:02:56 GMT

**Page Vault**

| | |
|---|---|
| Document title: | FLY-9 \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/fly-9-black |
| Page loaded at (UTC): | Mon, 25 Nov 2024 23:03:47 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 23:03:49 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | qskcwDSzLm3QmLDyZaG7Sc |
| Display Name: | andersonla |

PDF REFERENCE #:        c4uQiJTcK4AfL42iLkNjJd

COUPON CODE: SB-FE50 get $50 off when riders over $500



E-RIDES    PARTS    SUPPORT    ABOUT

Search

  

Home / FLY-9





# FLY-9

~~$1,399.00~~

## $979.30

Pay with Klarna

or 4 interest-free payments of $244.83 with **Klarna.** Learn More

or 4 interest-free payments of $244.83 with  sezzle Learn More

Please be advised that this batch of FLY-9 products may have minor scratches. As a gesture of goodwill, we

Read more

**Color**

⚫ 🟠 🔴

**Battery Option**

Select ⌄

**Quantity**

1

Add to Cart

Buy Now

Specification    Warranty    Shipping    Return Policy



💬 LIVE CHAT

COUPON CODE: SPRING50 get $50 off when order over $500



E-RIDES    PARTS    SUPPORT    ABOUT

  

| Motor | 1500W/BRUSHLESS |
|---|---|
| Battery | 60V/20Ah (Lead-acid)<br>60V/26Ah (Lithium-ion) |
| Range | 60/20Ah (Lead-acid) : 20-25miles<br>60V/26Ah (Lithium-ion): 30-35miles<br>(Mileage may vary depending on rider weight and road conditions) |
| Top Speed | 40MPH |
| Charging Time | Lead-acid Battery: 8-10 Hour Charging<br>Lithium-ion Battery: 8-10 Hour Fast Charging<br>  (Will take 12 Hours if voltage is low ) |
| Payload Capacity | 350LB |
| Brake | DISC/DISC |
| Tires | 10x3.0" |
| Headlight | YES |
| Taillight | YES |
| Turnsignal | YES |
| Rear-view Bike Mirror | YES |
| Charger | YES |
| Back Seat Step Pegs | YES |



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Before shopping**
FAQs
Compare
Return policy
Test Rides

**After shopping**
FAQs
Track My Order
Return
Video

LIVE CHAT

| | |
|---|---|
| Brake | DISC/DISC |
| Tires | 10x3.0" |
| Headlight | YES |
| Taillight | YES |
| Turnsignal | YES |
| Rear-view Bike Mirror | YES |
| Charger | YES |
| Back Seat Step Pegs | YES |



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**
Inquiry
Inspection
Parts Changing
Standard Maintenance
Towing

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Company**
Careers
Investor Relations
Media Center
Become a Dealer

Fly-E Group © 2024     All rights reserved.

USA
LIVE CHAT

**Page Vault**

| | |
|---|---|
| Document title: | FLY-11 BIKE PEDAL \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/fly-11-bike-pedal |
| Page loaded at (UTC): | Mon, 25 Nov 2024 23:03:52 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 23:03:53 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | tUDEySLNLTPskXcMRkibTx |
| Display Name: | andersonla |

PDF REFERENCE #:          gEpZ4xoyPjRKQJPfBWjp5d



E-RIDES    PARTS    SUPPORT    ABOUT

Search

# FLY-11 BIKE PEDAL

SKU: 0204120001

## $35.00

Pay with Klarna



Engineered for the FLY-11 Bike, they are also fully compatible with the FLY-11 Pro Bike. Easy to install and built to

Quantity

1

**Add to Cart**

**Buy Now**



**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Caree

Invest

LIVE CHAT



$35.00

Pay with Klarna

Engineered for the FLY-11 Bike, they are
also fully compatible with the FLY-11
Pro Bike. Easy to install and built to

Quantity

1

**Add to Cart**

**Buy Now**

**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024     All rights
reserved.

USA

LIVE CHAT

Page Vault

| | |
|---|---|
| Document title: | Shop \| FLY E-BIKEhttps://www.flyebike.com/shop?page=2 2/2 |
| Capture URL: | https://www.flyebike.com/shop?page=2 |
| Page loaded at (UTC): | Mon, 25 Nov 2024 23:04:04 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 23:04:06 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | f7WRPMwvaSZWCbHG5xRoaz |
| Display Name: | andersonla |

PDF REFERENCE #:        p16JwwhNJXNHNQLzkG7PJu



E-RIDES   PARTS   SUPPORT   ABOUT

      

---

Load Previous


**Restocked**

**RZ**
Out of stock


**Restocked**

**FLY-11 Red Edition**
~~$1,999.00~~ $1,750.00
Pay with Klarna


**New Arrival**

**FH-1 Winter Helmet**
$99.00
Pay with Klarna


**New Arrival**

**Rhino**
~~$1,650.00~~ $1,300.00
Pay with Klarna


**New Arrival**

**Go-Fly**
$1,280.00
Pay with Klarna


**New Arrival**

**Leopard**
~~$1,700.00~~ $1,300.00
Pay with Klarna

**FLY-9 Seat / Moped Bike Seat**
Out of stock


**New Arrival**

**Z6**
$1,800.00
Pay with Klarna

**On Sale**

**F-10 UFO**
~~$1,299.00~~ $1,039.20
Pay with Klarna

**Restocked**

**FLY-9**
~~$1,399.00~~ $979.30
Pay with Klarna

**Restocked**

**AIR-2**
Out of stock


**F-11 Inner Tube**
$25.00
Pay with Klarna

**New Arrival**



💬 LIVE CHAT



**F-10 UFO**

~~$1,299.00~~ $1,039.20

Pay with Klarna

New Arrival

**FLY-9**

~~$1,399.00~~ $979.30

Pay with Klarna

**AIR-2**

Out of stock

**F-11 Inner Tube**

$25.00

Pay with Klarna



**F-11 MAIN CABLE**

$45.00

Pay with Klarna

**FLY-11 Brake Lever Pair**

$130.00

Pay with Klarna



**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024    All rights reserved.

🌐 USA

💬 LIVE CHAT

Page Vault

| | |
|---|---|
| Document title: | VIDEO-MANUAL \| FLY E-BIKEhttps://www.flyebike.com/videomanual |
| Capture URL: | https://www.flyebike.com/videomanual |
| Page loaded at (UTC): | Mon, 25 Nov 2024 23:04:08 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 23:04:10 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | bu2RRPTPcmydXLoRv8D5ZR |
| Display Name: | andersonla |

PDF REFERENCE #:          9Je2FRRMb25j6Mu1Wp8fNY

COUPON CODE: SAVE50, get $50 off when riders over $500.



**E-RIDES**   **PARTS**   **SUPPORT**   **ABOUT**      Search      0



FLY E-BIKE    VIDEO MANUAL



**［FLY-11］Video Manual - Connect & Charge Battery, Operating, and Gear Change**



**［Insurgent］ VIDEO MANUAL**



**［DY VNM SL］ VIDEO MANUAL**

Our street legal DY VNM SL just came o...



**［FLY-10］Video Manual - Ride the E-Scooter**



**［FLY-10］Video Manual - Setup and Get Ready to Go ［Lithium-ion Battery］**



**［FLY-10］Video Manual - 2 Ways to Charge the Battery ［Lithium-ion Battery］**



**［FLY-10］Video Manual - Use the Key to Remote Start, Turn-off and Lock the Scooter**



**［FLY-10］ Video Manual - Charge the Battery - Lead Acid**



**［FLY-10］Video Manual - Get Started - Lead-acid**



**［FLY-7］ Video Manual - Connect the battery, Operation, Lock Handbar**











LIVE CHAT

COUPON CODE: SALEEO get $50 off when order over $500





[FLY-7] Video Manual - 2 Ways to Charge the Battery [Lithium-ion Battery]



[FLY-9] Electric Moped User Manual - Connect the battery, Get Started, Operation, Remote Key Control.

[FLY-9] Electric Moped User Manual - Charge the battery on-board [Lead-acid]

F-TC Video Manual

Electric Motorcycle

F-CPX Video Manual

Electric Motorcycle/Moped...











F -TSX Video Manual

Electric Motorcycle

F-EKE.video manual

Fly2.Video Manual

Z6.Video Manual

F-CUmini.Video Manual

# E-BIKE BATTERY SAFETY RULES YOU MUST FOLLOW

- Always follow our manual instructions and charge the battery in correct ways.
- Only use the battery that is designed for the exact bike you purchased.
- Do not charge the battery over night while you are sleeping.
- Never stack multiple batteries together.
- Switch off the battery connections when you are not riding the bike or charging the battery onboard.
- Only use the charging cord that came with the bike.
- Do not repair the batteries by yourself and do not customize your bike's electronic devices and settings.
- Do not charge your battery near any overheated indoor area.
- Keep batteries at room temperature (60-80F). The batteries are flammable.
- Do not place batteries in direct sunlight.
- Store batteries away from anything that can catch fire.



**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Before shopping**

FAQs

Compare

Return policy

Test Rides

**After shopping**

FAQs

Track My Order

Return A Product

Video



LIVE CHAT

# E-BIKE BATTERY SAFETY RULES YOU MUST FOLLOW

- Always follow our manual instructions and charge the battery in correct ways.
- Only use the battery that is designed for the exact bike you purchased.
- Do not charge the battery over night while you are sleeping.
- Never stack multiple batteries together.
- Switch off the battery connections when you are not riding the bike or charging the battery onboard.
- Only use the charging cord that came with the bike.
- Do not repair the batteries by yourself and do not customize your bike's electronic devices and settings.
- Do not charge your battery near any overheated indoor area.
- Keep batteries at room temperature (60-80F). The batteries are flammable.
- Do not place batteries in direct sunlight.
- Store batteries away from anything that can catch fire.



**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024     All rights reserved.

USA

LIVE CHAT

PageVault

| | |
|---|---|
| Document title: | FLY-9 \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/fly-9 |
| Page loaded at (UTC): | Mon, 25 Nov 2024 23:05:27 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 23:05:28 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | 5s1LiTcgWqxw4GnaJzUdV3 |
| Display Name: | andersonla |

PDF REFERENCE #:        xpcqwdjtB5H27dme6m8Yd8

COUPON CODE: SAVE50 get $50 off when orders over $500



E-RIDES    PARTS    SUPPORT    ABOUT        Search         0

Home / FLY-9





# FLY-9

~~$1,399.00~~
## $979.30

**Pay with Klarna**

or 4 interest-free payments of $244.83 with __Learn More__

or 4 interest-free payments of $244.83 with __Learn More__

Please be advised that this batch of FLY-9 products may have minor scratches. As a gesture of goodwill, we
Read more

**Color**

 

**Battery Option**

| Select | ∨ |

**Quantity**

| 1 |

**Add to Cart**

**Buy Now**

Specification    Warranty    Shipping    Return Policy

 LIVE CHAT

   

E-RIDES    PARTS    SUPPORT    ABOUT

| | |
|---|---|
| Motor | 1500W/BRUSHLESS |
| Battery | 60V/20Ah (Lead-acid)<br>60V/26Ah (Lithium-ion) |
| Range | 60/20Ah (Lead-acid) : 20-25miles<br>60V/26Ah (Lithium-ion): 30-35miles<br>(Mileage may vary depending on rider weight and road conditions) |
| Top Speed | 40MPH |
| Charging Time | Lead-acid Battery: 8-10 Hour Charging<br>Lithium-ion Battery: 8-10 Hour Fast Charging<br>  (Will take 12 Hours if voltage is low ) |
| Payload Capacity | 350LB |
| Brake | DISC/DISC |
| Tires | 10x3.0" |
| Headlight | YES |
| Taillight | YES |
| Turnsignal | YES |
| Rear-view Bike Mirror | YES |
| Charger | YES |
| Back Seat Step Pegs | YES |



**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Before shopping**

FAQs

Compare

Return policy

Test Rides

**After shopping**

FAQs

Track My Order

Return

Video

LIVE CHAT

| | |
|---|---|
| Payload Capacity | 350LB |
| Brake | DISC/DISC |
| Tires | 10x3.0" |
| Headlight | YES |
| Taillight | YES |
| Turnsignal | YES |
| Rear-view Bike Mirror | YES |
| Charger | YES |
| Back Seat Step Pegs | YES |



**Shop**

Ebikes

Escooter

Emotorcycle

Replacement Parts

**Service**

Inquiry

Inspection

Parts Changing

Standard Maintenance

Towing

**Before shopping**

FAQs

Compare

Return policy

Test Rides

Shipping

**Contact**

Email: support@flyebike.com

Customer Service:646-961-5177

Dealership Inquiry: 516-558-0000

**After shopping**

FAQs

Track My Order

Return A Product

Video Manuals

Connect APP

**Company**

Careers

Investor Relations

Media Center

Become a Dealer

Fly-E Group © 2024    All rights reserved.

USA

LIVE CHAT

Page Vault

| | |
|---|---|
| Document title: | Return Policy | FLY E-BIKEhttps://www.flyebike.com/return-policy |
| Capture URL: | https://www.flyebike.com/return-policy |
| Page loaded at (UTC): | Mon, 25 Nov 2024 23:06:03 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 23:06:06 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | mXjoMjGy7YqcFVvuDSepP5 |
| Display Name: | andersonla |

PDF REFERENCE #:        sdlkhjbMTo1qKE8zb9FoaJ






E-RIDES    PARTS    SUPPORT    ABOUT

# Fly E-Bike Return & Refund Policy

Effective Date: Nov 12, 2024

## Return

1. Unused E-bike/E-motorcycle/E-parts, and accessories may be returned within 7 days of your receipt of the products by contacting us. No returns or replacements are allowed after this period.
   - Open Box/Refurbished Bicycle Return Policy - Open Box bikes and refurbished bicycles are sold "as is" and are not eligible for return.

2. All e-bike returns or replacements should be authorized by FLYEBIKE in advance via email.

3. The damages caused by transportation like scratches, defective parts are NOT justifications for returns.

4. Customers must provide supporting evidence, such as photos or videos, to initiate any e-bike return or replacement.

5. The customer should return the original package with the returned label provided by FLYEBIKE. Or FLYEBIKE will NOT be responsible for any missing items or damages during the shipment.

6. The customers can return the items by themselves or get a return label via emails from FLYEBIKE after being authorized.

7. Returned items must keep the original packaging.
   - The box must be sealed.
   - The e-bike and its outer packaging must NOT be damaged.
   - Accessories and parts should NOT be missing.

8. Please send the seller photos of all returned items, including the outer packaging. The seller will inspect the condition and confirm the quantity before shipping.

9. Please provide FLYEBIKE photos of the original packaging before shipment. FLYEBIKE will need to verify the condition of the packaging.

10. Customers should ship the returned item within 48 hours after receiving the return label from FLYEBIKE; otherwise, the return will be considered canceled by the customer.

11. Please select the signature service when sending back to prevent the returned e-bike from being lost. FLYEBIKE will send pictures or videos to the customers when signing the returned items.

12. Free returns without a valid reason are not supported. Reasons such as "Don't like it," "Don't want it anymore," or delays caused by the carrier do not qualify as valid grounds for a return.









E-RIDES    PARTS    SUPPORT    ABOUT          Search          ⌂    🛒

# Refunds

1. Returns without authorization will be sent back to customers, while a refund will not be issued and the freight will be borne by customers.

2. If a customer purchases the product in a free shipping promotion, the cost of the shipment will not be refunded.

3. Any shipping damages during the return period will be deducted from the total refund. If necessary, customers can purchase insurance for returns on their own.

4. If any parts of the returned items, including the original packing, are missing, we will charge from the refund as appropriate.

5. Refunds will not be issued to customers before the returned items are confirmed received and inspected.

6. After we confirm receipt of your returned items, we will send an email notification and refund.
   - Once your return is received and inspected, we will send you an email to notify you that we have received your returned item. We will also notify you of the approval or rejection of your return.
   - If you are approved, then your refund, and exchange, will be processed. For refunds, a credit will automatically be applied to your credit card or original method of payment, within 2-5 days. We do offer exchanges within the US, but we don't offer any exchanges for international orders, however, you can receive a refund, so you can replace the order for the item you would like in exchange. Exchanges will typically ship the next business day after your return is processed. Returns received Friday-Sunday will ship out Monday.
   - Late or missing refunds. If you haven't received a refund yet, first check your bank account again. Then contact your credit card company, it may take some time before your refund is officially posted. Next, contact your bank. There is often some processing time before a refund is posted. If you've done all of this and you still have not received your refund yet, please email us at support@flyebike.com.



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Comp**

LIVE CHAT

4. If any parts of the returned items, including the original packing, are missing, we will charge from the refund as appropriate.

5. Refunds will not be issued to customers before the returned items are confirmed received and inspected.

6. After we confirm receipt of your returned items, we will send an email notification and refund.

- Once your return is received and inspected, we will send you an email to notify you that we have received your returned item. We will also notify you of the approval or rejection of your return.

- If you are approved, then your refund, and exchange, will be processed. For refunds, a credit will automatically be applied to your credit card or original method of payment, within 2-5 days. We do offer exchanges within the US, but we don't offer any exchanges for international orders, however, you can receive a refund, so you can replace the order for the item you would like in exchange. Exchanges will typically ship the next business day after your return is processed. Returns received Friday-Sunday will ship out Monday.

- Late or missing refunds. If you haven't received a refund yet, first check your bank account again. Then contact your credit card company, it may take some time before your refund is officially posted. Next, contact your bank. There is often some processing time before a refund is posted. If you've done all of this and you still have not received your refund yet, please email us at support@flyebike.com.



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**
Inquiry
Inspection
Parts Changing
Standard Maintenance
Towing

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Company**
Careers
Investor Relations
Media Center
Become a Dealer

Fly-E Group © 2024     All rights reserved.

USA

LIVE CHAT

Page Vault

| | |
|---|---|
| Document title: | F-10 UFO \| FLY E-BIKE |
| Capture URL: | https://www.flyebike.com/product-page/f-10-ufo |
| Page loaded at (UTC): | Mon, 25 Nov 2024 23:07:46 GMT |
| Capture timestamp (UTC): | Mon, 25 Nov 2024 23:07:47 GMT |
| Capture tool: | 3.1.5 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 4 |
| Capture ID: | cLxoe1rdgwp79yinKe38wK |
| Display Name: | andersonla |

PDF REFERENCE #:        x5ZYuHPcjoKbCn6gKJHytd



**E-RIDES**  **PARTS**  **SUPPORT**  **ABOUT**

  



# F-10 UFO

SKU: F-10

~~$1,299.00~~
**$1,039.20**

Pay with Klarna

For all the customer who wants to
order the F-10 UFO model with a
60v50ah lithium battery, we need to cut

**Color**
⚫ 🔴 🔵

**Battery Option**

| Select ⌄ |

**Quantity**

| 1 |

**Add to Cart**

**Buy Now**

---

**Specification**   **Warranty**   **Shipping**   **Return Policy**   **Currently Unavailable Pick Up In MA Store**

Features

Remote Key Fob
Alarm System
USB Phone Charging Port
Lockable Under-Seat Storage

💬 **LIVE CHAT**



E-RIDES    PARTS    SUPPORT    ABOUT        Search     

|  |  |
|---|---|
|  | Lockable Under-Seat Storage |
|  | Front and Rear Hydraulic Suspension |
|  | Full Lighting Package |
|  | Arrives Fully Assembled |
| Motor | 2000W/BRUSHLESS |
| Battery | 60V20AH Lead Acid<br>60V/28Ah Lithium Ion<br>60V/50Ah Lithium Ion |
| Range | 60V20AH Lead Acid : 25-30 Miles<br>60V/28Ah Lithium Ion : 30-40 Miles<br>60V/50Ah Lithium Ion  : 55-60 Miles<br>(Mileage may vary depending on rider weight and road conditions) |
| Top Speed | 35MPH |
| Charging Time | Lithium-ion Battery: 8-10 Hour Fast Charging<br> (Will take 12 Hours if voltage is low ) |
| Battery Charger Type: | On Board |
| Payload Capacity | 400LB |
| Tires | 4.5" x 12" |
| Brake | DISC/DISC |
| Dimension | 1900mm x 700mm x 1100mm |
| Net Weight | 245lb with 60V/28Ah Lithium Ion Battery |
| LED<br>Headlight<br>Taillight<br>Turnsignal | Yes |
| Rear-view Bike Mirror | Yes |
| Charger | Yes |

Shop    Before shopping    After s    LIVE CHAT



| Payload Capacity | 400LB |
| Tires | 4.5" x 12" |
| Brake | DISC/DISC |
| Dimension | 1900mm x 700mm x 1100mm |
| Net Weight | 245lb with 60V/28Ah Lithium Ion Battery |
| LED Headlight Taillight Turnsignal | Yes |
| Rear-view Bike Mirror | Yes |
| Charger | Yes |



**Shop**
Ebikes
Escooter
Emotorcycle
Replacement Parts

**Service**
Inquiry
Inspection
Parts Changing
Standard Maintenance
Towing

**Before shopping**
FAQs
Compare
Return policy
Test Rides
Shipping

**Contact**
Email: support@flyebike.com
Customer Service:646-961-5177
Dealership Inquiry: 516-558-0000

**After shopping**
FAQs
Track My Order
Return A Product
Video Manuals
Connect APP

**Company**
Careers
Investor Relations
Media Center
Become a Dealer

Fly-E Group © 2024    All rights reserved.

USA

LIVE CHAT