# Exhibit 12



**flyebike_official** • Follow

**flyebike_official** 7w
We're starting a mini series to educate user on the important of UL for micro mobility 👊👊❗🔔🔥🧎

As of March 2, 2023, the NYC Council passed Initiative 663-A requiring all e-bikes, scooters, and mobility devices to be 3rd party certified: including UL 2849 for e-bikes, UL 2271 for batteries, and UL 2272 for personal powered mobility devices.

Our e-bike and e-scooter models shown are in fact tested and has passed the rigorous UL testing.

## No comments yet.

Start the conversation.

12 likes
September 25

Add a comment...