# Exhibit 13

