# Exhibit 14

**From:** Monica Xu <monica@flyebike.com>
**Sent on:** Thursday, July 20, 2023 9:01:13 PM
**To:** Clark, Rita M. <Rita.M.Clark@ul.com>
**CC:** info@flyebike.com; dalton@flyebike.com
**Subject:** Re: Advertising Concern Reported

Hi,

I am Monica from Fly E-Bike. Sorry for the misuse of UL sign. We have achieved our UL2272, UL2271 and UL2849 certificates from SGS lab, and we will correct the mistakes from our website, social platforms and our retail stores in one week.
And to confirm: Can we put UL2272 on our posters instead of UL sign?

Thanks,

Monica

Clark, Rita M. <Rita.M.Clark@ul.com> 于2023年7月20日周四 15:47写道:

> **FLYEBIKE INC**
>
> Attn: Zhou Ou
>
> 136-40 39TH AVE
>
> Flushing, NY 11354
>
> Subject: Advertising Concern Reported: Unable To Verify UL Certification For All e-Bikes
>
> Reference: Product Incident Report 2023ms-1133
>
> Hello Zhou Ou,
>
> I trust that this email finds you well.
>
> My name is Rita Clark and I am an investigator for the Market Surveillance Department at UL LLC. We review advertising concerns reported by consumers, retailers, AHJs (Authorities Having Jurisdiction), as well as UL staff regarding products that may bear the UL Mark. We are contacting FLYEBIKE INC. regarding the use of the UL name and/or mark on the company's website and Instagram profile.