# Exhibit 15

