# Exhibit 16

| | |
|---|---|
| **From:** | Monica Xu <monica@flyebike.com> |
| **Sent on:** | Tuesday, September 19, 2023 9:22:12 PM |
| **To:** | Clark, Rita M. <Rita.M.Clark@ul.com> |
| **Subject:** | Re: New Advertising Concern Reported |
| **Attachments:** | ~WRD0000.jpg (823 Bytes), ~WRD0000.jpg (823 Bytes), FLYEBIKE-UL 4828.pdf (56.71 KB) |
| | |
| **Follow up:** | Follow up |
| **Follow up status:** | Completed |
| **Completed on:** | Wednesday, September 20, 2023 9:36:00 PM |

Hi Rita,

Thank you. I have already told the store manager to remove the post.
Also, my boss told me that he is currently pursuing UL certificate with UL lab, and has one of our batteries UL certified. Can you help me check if this is true?

Thanks,

Monica