# Exhibit 17



# INVESTOR PRESENTATION
April 2024

## Cautionary Statement Concerning Forward-Looking Statements

## Statement About Free Writing Prospectus

## Table of Contents


1 Introduction
2 Company Overview
3 Market Data
4 Financial Highlights


## Proposed Offering

| | |
|---|---|
| Issuer: | Fly-E Group, Inc. (the "Company") |
| Transaction Type: | Initial Public Offering |
| Number of Share Offered: | 3,000,000 |
| Price Range: | \$4.00 - \$5.00 |
| Mid-point Base Offering Size: | \$ 13,500,000 |
| Over-Allotment Option: | 15% |
| Pre-Offering Shares of Common Stock: | 22,000,000 |
| Exchange/Ticker: | NASDAQ Capital Market: FLYE |
| Use of Proceeds: | • New e-bike production, inventory<br>• Retail store expansion<br>• Technology, research & development efforts<br>• General working capital |
| Lock-up: | The Company, directors, officers, and certain shareholders (5% or more shareholders) have agreed with the underwriter, subject to certain exceptions, not to sell, transfer, or dispose of, directly or indirectly, any of our shares of common stock or securities convertible into or exercisable or exchangeable for our shares of common stock for a period of 180 days after the date of the prospectus. |
| Bookrunner: | The Benchmark Company |

## About Us

- Fly E-Bike designs, installs and retails electric bikes, motorcycles and scooters with a niche market focused on local, "last mile" delivery workers, primarily food or small packages, who need to travel within cities with no to limited delays
- Bike components are manufactured in the United States and China with assembly taking place in the U.S.
- New York City-based company with 38 domestic physical store locations strategically positioned in major metropolitan U.S. markets with most located in the NYC metro area
- Seeking to grow by expanding retail footprint to other densely populated metro areas and entering South America and Europe

**Fly E-Bike's mission is to become a leader in the electric 2-wheel transportation market – Come fly with us today!**



**Promote economic transition, create a cleaner & greener future**

## Investment Highlights

- **Strong NYC presence** – focus on expanding to other dense major metro areas along with longer-term plans to establish a presence in Europe and South America
- **Revenue of \$24 million through FY24Q3 (+46% vs the same period in FY23), attractive 39% gross margin, EBITDA & net profit positive** with de minimis debt
- **Margin strength from growing maintenance, service business and accessories sales** anticipated as in-use bike count increases
- **Positive early performance in newer markets (DC, Houston, Miami)** – expect similar performance in comparable dense metro areas Fly E-Bike is targeting for expansion
- IPO proceeds earmarked to fund growth; pre-IPO 76.5% owned by key management; will retain 67.3% post offering



## FLY E-BIKE Team



Andy Ou
CEO

Steven Guo
CFO

Ricky Feng
COO

Simon Zhang
CHRO

## Corporate Milestones




## Product Line – Expansive, Unmatched, and Branded




### 20+ models offered
- Meet the needs of various types of consumers
- Innovate & develop new products to expand contingent need

### Product Compliance
- Provide UL certificates for both e-bike models and batteries
- Offer customer in-store DMV registration and licensing services

### Fly Brand Awareness
- All products are named after Fly to increase brand awareness
- Encourage customers to visit stores for future maintenance, inspections, etc.

| F11 | F11 PRO | F7 PRO | COMMUTER 2 | Hydrogen Power |
|---|---|---|---|---|
| May 2023 | July 2023 | January 2024 | February 2024 | May 2024 |

## Fly E-Bike – Tailored For Urban Delivery

**Fly E-Bike Differentiation**

- **Battery** – 48V28Ah vs 48V14Ah (traditional)
- **Tires** - Solid tires enhance the bike's stability, ensuring optimal performance in urban settings vs inner tube
- **Service** – Nearly 30 stores in the New York City offering parts & maintenance service for our e-bikes

**Fly E-Bike APP (Development Stage) – Achieve Smart Status B2 level: real-time display of vehicle and environmental information**




## Product Safety

**UL Certification**




**Handshake Protocol**

By incorporating a secure charging and discharging protocol, with UL safety certification, a charger/battery match is ensured before charging or discharging.

The process effectively prevents unauthorized chargers from accessing the battery for safety.

## E-bike VS Traditional Bike



| | Electric Bikes | Traditional Bicycles |
|---|---|---|
| Speed | Up to 23 mph | 6-12 mph |
| Riding Mode | Dual Mode: Motor + Pedal | Pedaling Only |
| Efficiency | High – longer distance in shorter time | Low – longer time for the same distance |
| Locating | Easily locate bike with the GPS locator | Location functionality not standard |

## Technology – Designing Customized APP (Development Stage)




## Technology – Designing Customized APP




## Customer Profile

**Stable Core Recurring Customers**

- NYC Food delivery drivers comprise 70% of our customer base in FY 2023
  - Frequent, repeat purchases given estimated 1-year useful battery life of e-bikes
- Recurring maintenance, repair needs yield high margin, incremental cash flow that increases as in-service e-bike count grows

**Growth Plan**

- Develop more portable and affordable models for urban commuters
- Offer higher value, visually appealing models for the premium buyer
- Expand retail locations in dense, urban markets



## Sales Strategy

| 39 | 80 | 500+ |
|---|---|---|
| Physical Locations | Distributors | Customers Engaged Everyday |

We provide both online and offline services to let our customers enjoy both the satisfaction of shopping in store as well as the convenience of purchasing online.

On top of selling e-bikes, our stores also provide multiple services such as DIY components, test rides, inspections, etc.




## Financial Highlights

- Strong financial growth profile
- 46% revenue growth through FY24Q3 vs the same period in FY23 while maintaining cost discipline, profitability during early-stage growth, store expansion period
- Highly attractive free cash flow profile underpinned by capital-lite business model
- Strong balance sheet with minimal debt and positive working capital position

**Fly E-Bike Summary Financials**
*FY ending March 31st, \$s in millions*

| | FY2022 | FY2023 | FY24- 9 Mos. |
|---|---|---|---|
| Revenue | 17.2 | 21.8 | 24.0 |
| Gross profit | 3.2 | 8.3 | 9.5 |
| *Gross margin %* | *18.9%* | *38.1%* | *39.3%* |
| EBITDA | 0.7 | 2.5 | 2.2 |
| *EBITDA margin %* | *3.9%* | *11.2%* | *9.3%* |
| Net income | 0.4 | 1.4 | 1.2 |
| *Net income margin %* | *2.4%* | *6.3%* | *5.0%* |
| Cash & equivalents | 0.4 | 0.4 | 1.2 |
| Long-term debt, loans | 0.0 | 0.9 | 0.4 |
| Working capital | (1.2) | 0.6 | 2.6 |

## Summary

- **Large secular growth opportunity**
- **Revenue of \$24 million through FY24Q3 (+46%)**, attractive gross margins **(39%), EBITDA & net profit positive**; de minimis debt
- **Seeking equity capital for growth**





# Thank You!


**Investor & Media Relations:**
ir@flyebike.com

**Media Inquiries:**
Core IR
pr@coreir.com