# Exhibit 21

| | |
|---|---|
| Document title: | FDNY: Electric Scooter Battery Sparked Bronx Apartment Fire That Injured 12 - CBS New York |
| Capture URL: | https://www.cbsnews.com/newyork/news/bronx-apartment-fire-electric-scooter-battery/ |
| Page loaded at (UTC): | Mon, 03 Mar 2025 19:20:11 GMT |
| Capture timestamp (UTC): | Mon, 03 Mar 2025 19:20:47 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 10 |
| Capture ID: | 7at4spkz7KyN2Xhm7QHbbQ |
| Display Name: | InternetDomainEcommerceSocialMedia |

PDF REFERENCE #:    jM8fqzntLX9kXq1tVoV7aa



LOCAL NEWS

# FDNY: Electric Scooter Battery Sparked Bronx Apartment Fire That Injured 12

CBS NEWS NEW YORK
January 13, 2021 / 8:45 PM EST / CBS New York

**NEW YORK (CBSNewYork)** -- There's an update on an apartment fire in the Bronx that left 12 people hurt.

The FDNY says the blaze was sparked by an electric scooter's lithium ion battery. The scooter was stored in someone's living room.

The fire broke out just before 11 a.m. Tuesday at an apartment building on Watson Avenue in the Soundview section.

**MORE: 12 People, Including 2 Firefighters, Hurt In Bronx Apartment Fire**

According to the FDNY, the smoke alarm in the apartment where the fire started was not working.



## More from CBS News


Driver fined $4,000 for blocking Bronx fire hydrant, FDNY says


Andrew Cuomo positions himself as public safety candidate...


Window washers rescued as scaffold swings into NYC...


New York prison workers returning to work, but reluctant to...



Case 1:25-cv-01050-DH-RML    Document 11    Filed 03/12/25    Page 4 of 5 PageID #: 335



11:09 PM · Jan 13, 2021

♥ 41     💬 Reply     🔗 Copy link

Read 4 replies

The FDNY says 12 people were hurt, including two firefighters.

[video player]

Four civilians, including a child, were last reported to be in critical condition.

## MORE FROM CBS NEW YORK

- Queens Man Eduard Florea Arrested After Allegedly Plotting Another U.S. Capitol Attack
- Officials: 1 Dead, Multiple Injured After Van Overturns On New Jersey Highway
- Staten Island Couple Says Tenants Who Haven't Paid Rent Since May 2019 Can't Be Kicked Out Due To Eviction Moratorium

## More from CBS News


Driver fined $4,000 for blocking Bronx fire hydrant, FDNY says


Andrew Cuomo positions himself as public safety candidate for NYC...


Window washers rescued as scaffold swings into NYC skyscraper


New York prison workers returning to work, but reluctant to end...



The FDNY says 12 people were hurt, including two firefighters.

Four civilians, including a child, were last reported to be in critical condition.

## MORE FROM CBS NEW YORK

- Queens Man Eduard Florea Arrested After Allegedly Plotting Another U.S. Capitol Attack
- Officials: 1 Dead, Multiple Injured After Van Overturns On New Jersey Highway
- Staten Island Couple Says Tenants Who Haven't Paid Rent Since May 2019 Can't Be Kicked Out Due To Eviction Moratorium

## More from CBS News


**Driver fined $4,000 for blocking Bronx fire hydrant, FDNY says**


**Andrew Cuomo positions himself as public safety candidate for NYC...**


**Window washers rescued as scaffold swings into NYC skyscraper**


**New York prison workers returning to work, but reluctant to end...**

---

Document title: FDNY: Electric Scooter Battery Sparked Bronx Apartment Fire That Injured 12 - CBS New York
Capture URL: https://www.cbsnews.com/newyork/news/bronx-apartment-fire-electric-scooter-battery/
Capture timestamp (UTC): Mon, 03 Mar 2025 19:20:47 GMT                                                                Page 3 of 9